**Exhibit 11**

## Field Notes—East Palestine Situation                    J. Patterson

**Date**                    **Participants**                    **Location**
**Tuesday May 9**           **FSA, RD, OFB, OFU, OSUE**          **Salem FSA**
                            **PAFB, Col Co EMA + Commissioner W.**
                            **Brown/Casey/Fetterman Staffers**

### What are we hearing on the ground at this point?

Luke, PA FSA—pretty quiet since our last meeting



Dennis, PAFB— (b)(5); (b)(6);  (b)(3):7 U.S.C. § 8791(b)(2); (b)(5) - Deliberative Process Privilege
(b)(5)

Danielle, OFB—
(b)(5)

Commissioner—
(b)(5)

Danielle, OFB—
(b)(5)

Joe, PAFB— (b)(6)

Phil, OFB— (b)(6)
(b)(5)

(b)(5)

Kaleb, Sen. Brow
(b)(5)

Commissioner—
(b)(5)

Peggy, Col. Co EMS—(b)(5); (b)(6); (b)(5) - Deliberative Process Privilege
(b)(5)

Kaleb, Sen. Brown—
(b)(5)

**\*\*\*Govs. DeWine and Shapiro have until July 6 or 7 to ask for a disaster declaration**



Commissioner—(b)(5)    (b)(5); (b)(6); (b)(5) - Deliberative Process Privilege
(b)(5)

Peggy—Col Co EMS—(b)(5)
(b)(5)

Joe, PAFB—(b)(5)
(b)(5)

Joe, OFU—(b)(5)

Commissioner—(b)(5)
(b)(5)

Peggy, Col Co EMS—USEF
in mind.

Mitchell, Sen. Fetterman—

Haley, OSUE—(b)(5)
(b)(5)

Commissioner—people a
(b)(5)

Joe, PAFB—(b)(5)
(b)(5)



Next meeting—June 6, 10:00 AM Salem....

| Date | Participants | Location |
|---|---|---|
| **Tuesday April 25** | **FSA, RD, OFB, PFB, SWCD, OSUE,** <br> **Sen. Brown, Casey, Fetterman/staff** <br> **Col. Co. Emergency, ODA** | **Salem FSA** |

*What are we hearing on the ground now that EPA preliminary results have been made public?*



Nick, OFB— (b)(5); (b)(6); (b)(5) - Deliberative Process Privilege

Jill, OH FSA— (b)(6) posted on Facebook—they will be using bottled water for their products and finish off their bottling. **Concerns about** (b)(6) **going out of business due to derailment. (Please note—they are located** (b)(6) **Ave. Very close to site of the derailment—perhaps a good tee shot away).**

(b)(6) **business is down.  It was for sale prior to the derailment**

(b)(6) **—was scheduled to be sold last fall.  Part has been sold—ca** (b)(6) **per acre.**
(b)(6) **—producer on** (b)(6) **Not getting business like they used to (vegetables/flowers)**

(b)(6) **—hosting a breakfast in June to attract business**

Peggy, Col. Co. Emergency— (b)(5); (b)(6); (b)(5) - Deliberative Process Privilege
(b)(5)

**General Discussion about messaging….**

Dennis, PFB— (b)(5); (b)(6); (b)(5) - Deliberative Process Privilege
(b)(5)

**Can/will Congressional delegations—and Congress in general, support legislation to help EP and PA in the long run?  Can this be a long term bond?**

**Take Aways/Assignments**

1) (b)(5); (b)(6); (b)(5) - Deliberative Process Privilege
2)
3) **Agreed to meet again—Tuesday May 9th 10:00 AM FSA Office, Salem**
4) (b)(5); (b)(6); (b)(5) - Deliberative Process Privilege

**Thursday April 20**          **Mark Durno/US EPA**                    **East Palestine**

**Overview:** *The meeting was held in the Presbyterian Church, ironically a mere "chip shot" from Sulphur Run (which I'll come back to). Mark Durno was an absolute professional. Patient, understanding, empathetic, and above all else, able to communicate effectively at a level of understanding that put the crowd at ease. There were approximately 40 in attendance, one TV station (21 from Youngstown), and I believe one print media (though I did not see an ID).*

*The audience was respectful, yet curious, concerned, yet not panicked. No profanity, no shouting, no accusations, just a simple informational meeting. Mark and his staff deserve great credit for creating such a positive atmosphere.*

**NOTES:**

(b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(6); (b)(5) - Deliberative Process Privilege

**Tuesday April 4**          **USDA/FSA, USDA/RD, OSU-E, OFB,**          **Salem**
                                           **PFB, ODA, Col. Co. Commissioner**

USDA/FSA Tim Gannon—FSA understands that people are frustrated. USDA must work with EPA and FDA to determine safety issues. We have begun to make headway with these agencies to speak with certainty and confidence. Based on air, water, and soil testing, we do not think [(b)(5); (b)(5) - Deliberative Process Privilege] —even with the controlled burn.

CO Com. Weisel—[(b)(5); (b)(6); (b)(5) - Deliberative Process Privilege]

USDA/FSA Gannon—a unified communication review will be forthcoming.

OFB Danielle Burch—Ma[(b)(5); (b)(6); (b)(5) - Deliberative Process Privilege]
[(b)(5)]

OSU-E Haley Shoemaker-
[(b)(5)]

OFB Nick Kennedy—som
[(b)(5)]

PAFB Dennis Musser—Co
[(b)(5)]

FSA Columbiana County CED Jill Ritchie—some oats are not in the field. Producers are waiting for testing results to know if they could/should plant this spring. Some are waiting to hear back from EPA.

USDA/FSA Gannon—Validated results are coming back soon—maybe EPA will share preliminary results. (*This was later confirmed in an instant message from Scott Linsky that "EPA says they will make verbal notification on preliminary results to any farmer where they had an agreement to access property. That data should be back next week.* [(b)(6)] *is completely willing to work with us and is working on a complete list of agricultural properties and the owner where they have taken samples."*)

PAFB Dennis Musser—So (b)(5); (b)(6); (b)(5) - Deliberative Process Privilege
(b)(5)

USDA/RD John Miller—G
(b)(5)

USDA/NRCS John Wilson
(b)(5)

USDA/FSA Lisa Bauer—Beaver County producer (b)(6)       had/has (b)(6)       orders—customers have cancelled and will not buy from him again. He was getting (b)(6)
(b)(6)   now reduced to (b)(6)   on the call market. Public perception is hurting his business. May go out of business.

Beaver County Con. District Jeff Pflug— (b)(5); (b)(6)
(b)(5); (b)(6); (b)(5) - Deliberative Process Privilege

USDA/FSA Luke Vogel—Folks with greenhouses also losing business. People will not purchase starter plants from greenhouses in the area. (b)(6)       has experienced this.

**THREE MAJOR TAKEAWAYS from this meeting:**

1.  USDA/FSA Heidi Secord and OSU-E Haley Shoemaker— (b)(5); (b)(5) - Deliberative Process Privilege
(b)(5); (b)(6); (b)(5) - Deliberative Process Privilege

3.  We will meet again as this is helpful. Tuesday, April 25th, 10:00 Salem Office, FSA. *By that time we will have definitive results back on soil testing and perhaps plant/tissue sampling. We must then begin to address the long-term challenges (e.g., messaging, or economic assistance, etc.).*

**Friday March 10**                **US EPA, OH EPA, Arcadis**                **East Palestine**

(b)(6)⠀⠀⠀⠀⠀⠀⠀⠀and I participated in the effort with those listed above to collect soil samples. We witnessed samples being taken—from strategic areas mapped on a grid. A garden trowel being used to dig soil down to about six inches below the surface. The trowel was spotless and the soil was placed into clean plastic bags for testing.

We assisted the group by helping to locate, by property sites, the test sites which had been determined. The FSA office serving Beaver and Lawrence Counties was contacted (as we were in PA) and farms were identified. (b)(6)⠀⠀⠀and I went first to the property in question, spoke to the owners, and presented to them a form for signatures permitting testing to occur. As FSA employees, we identified ourselves as such, and felt that we could open the door to our testing crew as they did not set foot on the property until we had secured permission.

*As the process to identify property owners from a plot map congruent to the grid sheet for testing proved to be arduous and inefficient, Glenda and I decided that the most efficient manner in which to help collect samples would be for Arcadis to call our OH and PA FSA offices and identify which sites were to be tested. Our program technicians would then contact the property owners, explain the nature of the call, and ask permission for the team to enter. The team would then present the release form for signatures at the time of entry. All thought this would be the most prudent course to follow. As our technicians do not, typically, work weekends, Arcadis will test sites on public property Saturday and Sunday. By Monday morning, our PTs will have a list of sites to begin their calls to property owners.*

**Thursday March 9**          **ODA, US EPA, OH EPA, USDA/FSA**                **Salem**
                              **USDA/RD, OFB, CCEMA, OVA**

This meeting, hosted by ODA, was a roundtable discussion. Roughly 20 participants at the table and probably 50 in the audience. Coverage by nine different crews. A summary was provided by ODA Director Brian Baldridge followed by Q and A.

Director Baldridge—ODA (b)(5); (b)(6); (b)(5) - Deliberative Process Privilege

(b)(5)

US EPA Mark Durno—Sun

(b)(5)



State Vet Dr. Summers

(b)(5)

Mark Durno—(b)(5)

(b)(5)

Danielle Burch, OFB—(

(b)(5)

Mark Durno—(b)(5)

(b)(5)

**Key take-aways—The meeting was informative, civil, and non-confrontational. All questions posed to the experts were answered and those in attendance seemed reassured.**

**Tuesday March 7**　　　　　**OFB/PFB, NRCS/RD/FSA, Dairy, Orchard,**　　　　　**Salem**
　　　　　　　　　　　　　　　**Col Co Emergency, OSU Ext., Co Com.,**
　　　　　　　　　　　　　　　**OFU, PA FSA Director Secord, ODA,**
　　　　　　　　　　　　　　　**Scott Linsky**

This meeting was an open forum to share contact information, share concerns, and to begin to establish vibrant, trusting relationships that will be necessary moving forward. Participants agreed to meet again very soon after reviewing, digesting, and ruminating upon the comprehensive testing procedure approved by US EPA. Again, there were a number of key issues, concerns, and requests:

(b)(5); (b)(6); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative Process Privilege

**Monday March 6**          **Ohio Dept of Ag Brian Baldridge**          **East Palestine**

Director Baldridge was joined by key members of his staff. (b)(6) accompanied me at this meeting. We discussed a number of key issues:

(b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative Process Privilege

**Monday March 6**          **David Morrison Reg 5, ERB 1 EPA**          **East Palestine**

(b)(5); (b)(5) - Deliberative Process Privilege

**Monday March 6**          **Brian Kelly ERB EPA**          **Columbiana**

(b)(5); (b)(6); (b)(5) - Deliberative Process Privilege

# Exhibit 12

 **Natural Resources Conservation Service**

U.S. DEPARTMENT OF AGRICULTURE

Office of the Chief
Stop Code 1600
1400 Independence Avenue S.W.
Washington, DC 20250-1600

Lesley Pacey
Senior Environmental Officer
Government Accountability Project
1612 K Street NW, Suite 1100
Washington, DC 20006

Sent via email to: lesleyp@whistleblower.org

RE: Freedom of Information Act (FOIA) Appeal – Lesley Pacey - Log 25-19
    FOIAXpress Appeal Number 2025-FPAC-NRCS-00088-A

Dear Ms. Pacey:

This letter is the official response to your July 25, 2025, Freedom of Information Act (FOIA) appeal received by the Farm Production and Conservation's (FPAC) Appeals and Litigation Division (ALD). You appealed the July 23, 2025, decision (FOIA Request 2025-FPAC-BC-07351-F) of Patrick McLoughlin, FPAC FOIA Officer, to partially deny your May 28, 2025, request for records.

On May 28, 2025, you requested all records in USDA's possession, custody, or control from February 3, 2023, to the present, including, but not limited to, testing records and data, communications and coordination, decision-making records, public communications, internal deliberations and regulatory and enforcement actions pertaining to the Norfolk Southern train derailment in East Palestine, Ohio on February 3, 2023.

**FPAC's Response to FOIA Request Control No. 2025-FPAC-BC-07351-F**

On July 23, 2025, the FPAC FOIA Officer provided you with a final response letter to your FOIA request. Regarding your request, FPAC released 81 pages, with 68 of those pages originating from the Natural Resources Conservation Service (NRCS) and 13 pages originating from the Farm Service Agency (FSA). Of the 68 pages of NRCS documents, the FOIA Office released 43 pages in full and released the remaining 25 pages with redactions. Of the 13 pages that originated from FSA, the FOIA Office released all 13 pages with redactions. The FPAC FOIA Office withheld the redacted information in accordance with FOIA, 5 U.S.C. § 552, Exemptions 5 and 6.

Because Mr. McLoughlin's response contained records from both NRCS and FSA, and because ALD evaluates each agency's documents independently during the appeal process, this letter concerns only those documents that originated from NRCS. ALD will evaluate the documents originating in FSA in a separate response.

---

 

Lesley Pacey
Page 2 of 5

Exemption 5 permits withholding information under the deliberative process privilege, including pre-decisional documents or information that FPAC could withhold under civil discovery, attorney-client, or attorney work product privileges.

Exemption 6 protects information about individuals in "personnel and medical files and similar files" when disclosing such information "would constitute a clearly unwarranted invasion of personal privacy."

**Your July 25, 2025, Appeal of FPAC's Response to FOIA Request Control No. 2025-FPAC-BC-07351-F**

In your appeal dated July 25, 2025, you stated your concerns as follows:

"I respectfully challenge the application of FOIA Exemptions (b)(5) and (b)(6) to the 38 partially redacted pages and request further review and release of all reasonably segregable, non-exempt information."

You state your grounds for appeal as two-fold: an overbroad application of exemption 5 and improper withholding under exemption 6. Your appeal asserts:

**"Overbroad Application of Exemption 5 – Deliberative Process Privilege**

The agency has invoked Exemption 5 to withhold portions of records described as "deliberative notes from meetings" and "internal desktop audits." However, the deliberative process privilege applies only to documents that are both pre-decisional and deliberative and does not protect purely factual materials or final agency positions.

- The desktop audit, as referenced in your letter, appears to include factual summaries derived from state or federal data. If the same information "can be found online," it should not be withheld under FOIA.

- Any factual data or summaries used in decision-making are not shielded under Exemption 5 per *EPA v. Mink*, 410 U.S. 73 (1973), and *Coastal States Gas Corp. v. DOE*, 617 F.2d 854 (D.C. Cir. 1980).

- Furthermore, if these documents reflect the final analysis or adopted policy of NRCS or FSA, they are no longer pre-decisional and should be disclosed in full.

I therefore request that you conduct a line-by-line review of the 38 partially redacted documents to determine if factual portions can be reasonably segregated and released.

**Improper Withholding under Exemption 6 – Personal Privacy**

The redactions under Exemption 6 appear to include names and contact details of individuals from other government agencies or individuals communicating on official matters with federal employees.

 

Lesley Pacey
Page 3 of 5

- FOIA Exemption 6 applies only when disclosure "would constitute a clearly unwarranted invasion of personal privacy." *Department of State v. Washington Post Co.*, 456 U.S. 595 (1982).

- The public interest in understanding how federal and state agencies is [sic] responding to environmental and public health concerns outweighs any minimal privacy interest in withholding names of public officials acting in their official capacity.

- The names and roles of agency representatives engaging with USDA regarding matters of public concern-especially where federal funds or program enforcement are involved-should be disclosed in the interest of transparency and accountability."

**NRCS's Response to your July 25, 20245 FOIA Appeal**

**A. NRCS's Review of the Information Redacted from FOIA Request No. 2025-FPAC-BC-07351-F**

The FPAC ALD independently reevaluates previous FOIA request determinations and applies applicable FOIA exemptions during the FOIA appeal review process. After thoroughly reviewing all 68 pages of responsive records, NRCS has determined that additional information previously redacted pursuant to Exemption 5 and 6 is releasable. NRCS found no foreseeable harm in releasing the information. However, NRCS will continue to withhold some information pursuant to Exemptions 5 and 6. Additionally, some of the information that was no longer withheld under Exemption 5 is now being withheld under Exemption 9. Attached is a new, corrected set of 68 pages of NRCS responsive records. This new set consists of 56 pages released in full and 12 pages released with redactions.

The following FOIA Exemptions are relevant to the responsive records mentioned above:

i.     **Information Exempt from Disclosure Pursuant to Exemption 5**

Exemption 5, 5 U.S.C. § 552(b)(5) permits the Government to withhold information under the deliberative process privilege, including inter and intra-agency communications which would not be available by law to a party other than an agency in litigation with the agency. The courts have construed this to exempt documents that are normally privileged in the civil discovery context. As a threshold matter, the responsive records must be inter-agency or intra-agency documents for the exemption to apply.

Certain information contained in the responsive records pertains to individual opinions, ideas and suggestions and/ or projections. One privilege incorporated into Exemption 5 is the deliberative process privilege, which protects the quality of agency decision-making by safeguarding pre-decisional and deliberative information. Specifically, three policy purposes consistently have been held to constitute the bases for this privilege; (1) to encourage open, frank discussions on matters of policy between subordinates and superiors; (2) to protect against premature disclosure of proposed policies before they are actually adopted; and (3) to protect against public confusion that might result from disclosure of reasons and rationales that were not ultimately the grounds for any agency's action.

ALD determined that the FOIA Office did not wholly appropriately apply redactions following the principles delineated by the "deliberative process privilege." The deliberative process privilege protects

**USDA Natural Resources Conservation Service**                    **Helping People Help the Land**
*USDA is an equal opportunity provider, employer, and lender.*

Lesley Pacey
Page 4 of 5

the "decision-making process of Government agencies." The provision protects not only documents but also the integrity of the deliberative process itself, where the exposure of that process would result in harm. Under Exemption 5, NRCS will continue to withhold information such as individual opinions, ideas, suggestions and/ or projections that do not state facts and are not indicative of any items adopted as fact, final analysis or adopted policy by NRCS. Disclosure of the agency's internal discussions could reasonably be expected to chill or discourage candor in discussions and temper the free flow of ideas and open communication exchanges. However, NRCS will now release additional pages/passages previously withheld under Exemption 5. This additional information includes information in the Desk Report and physical properties of chemicals.

### ii.    Information Exempt from Disclosure Pursuant to Exemption 6

Exemption 6, 5 U.S.C. § 552(b)(6), permits the Government to withhold "personnel and medical files and similar files" containing information about individuals when the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy." We have determined that these records meet the definition of "similar" files because they contain information about individuals.

To determine whether an agency may withhold a document under Exemption 6, it must undertake a three-step analysis. First, the agency must determine whether the record disclosure would comprise a significant privacy interest. Second, the agency must determine whether the release of the document would further the public interest by shedding light on the operations and activities of the Government. Third, the agency must balance the identified privacy interests against the public interest in disclosure.

Pursuant to Exemption 6, NRCS is withholding personal email addresses and phone numbers. Releasing this information would not reveal anything about Government activities; therefore, the privacy interests of the individuals outweigh the public interest.

### iii.    Information Exempt from Disclosure Pursuant to Exemption 9

Exemption 9, 5 U.S.C. § 552(b)(9), protects from disclosure "geological and geophysical information and data, including maps, concerning wells." NRCS is withholding maps and sedimentary and water table information. In this case, NRCS has determined that the public's interest in transparency does not outweigh the need to protect proprietary information.

### Conclusion

Ultimately, NRCS grants your appeal in part and denies it in part. This decision is the final administrative determination on your FOIA appeal. You have the right to seek judicial review of this decision in an appropriate U.S. District Court pursuant to 5 U.S.C. § 552(a)(4)(B).

Prior to seeking judicial review, and as a non-exclusive alternative to litigation, you may contact the Office of Government Information Services (OGIS). The Open Government Act of 2007 amended the FOIA and created OGIS within the National Archives and Records Administration. OGIS provides mediation of FOIA disputes between appellants and Federal agencies.

 

Lesley Pacey
Page 5 of 5

Participation in mediation does not affect your right to judicial review.  You can find contact information for OGIS at http://www.archives.gov/ogis.

Sincerely,

Colton L. Buckley
Associate Chief
Natural Resources Conservation Service

Enclosure

**Exhibit 13**

| | |
|---|---|
| **From:** | Casey.Rife@ohiosenate.gov |
| **To:** | Lauren.McNally@ohiohouse.gov; mhouston@theoec.org; (h)(6) Patterson, John - FPAC-FSA, OH; Ward, Glenda - FPAC-FSA, OH; Arthur, Blake - FPAC-NRCS, OH; leo.almeida@cancer.org; jharvey@oapff.org; WQuinn@oapff.org; DeCubellis, Brooke - FPAC-NRCS, OH; pbucher@theoec.org; ebacha@theoec.org |
| **Cc:** | Scott.Stockman@ohiosenate.gov; Mike.Rowe@ohiosenate.gov; George.Boas@ohiosenate.gov; David.Meyers@ohiohouse.gov |
| **Subject:** | [External Email]East Palestine Discussion - Details and Info |
| **Date:** | Tuesday, February 14, 2023 4:34:21 PM |
| **Attachments:** | image001.png<br>StatehouseMapMCR.pdf<br>StatehouseSecurityFAQs.pdf<br>EastPalestineRoundtableAgenda.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello,

Thank you for confirming your attendance for tomorrow's discussion at 1:30 p.m. The meeting will be in the Minority Conference Room, Room 230 in the Senate Building on the 2nd floor (please see the attached map of the statehouse).

There is a parking garage under the Statehouse. However, it is sometimes full. If that is the case, there is street parking, a surface lot at the corner of 4th/State, or parking at the Columbus Commons (at 55 E. Rich Street, two blocks south of the Statehouse). You can enter the Statehouse from the underground parking garage or there are two entrances to the Statehouse from the outside on Third Street and State Street. You will have to go through the metal detectors (please see the attached Statehouse security FAQ document).

I'm also attaching a document with a full list of attendees, a brief agenda and some questions that will guide the discussion.

If you have any questions or need help navigating, my cell phone number is (b)(6)
Please don't hesitate to reach out. We look forward to seeing you all tomorrow!

Thank you,

**Casey Rife** she/her
Deputy Communications Director
Ohio Senate Democratic Caucus
casey.rife@ohiosenate.gov
(614)-644-5533



Ohio

Senate Democrats





# STATEHOUSE SECURITY FAQs



*Ohio Administrative Code 128-4-02(10) Weapons* - *with the exception of those carried by peace officers in the course of their duties and as expressly authorized under division (N) of section 105.41 of the Revised Code, firearms or other weapons, concealed or otherwise, are prohibited within the capitol buildings without the express written permission of the board.*

**Q. Where can I enter the Statehouse?**
A. The Ohio Statehouse has three public entrances located at Third Street, State Street and the southwest sliding-glass doors from the underground parking garage.

**Q. Does the Ohio Statehouse have ADA compliant entrances?**
A. Yes, the Third Street and underground parking garage south sliding-glass doors entrances are ADA compliant.

**Q. What items are subject to inspection?**
A. All items brought into the Ohio Statehouse are subject to inspection.

**Q. What items are prohibited that I will not be permitted to bring into the Ohio Statehouse?**
A. Any device deemed unsafe or dangerous by the Ohio State Highway Patrol (OSHP) or Capitol Square Review and Advisory Board (CSRAB) will not be permitted. This includes, but is not limited to, weapons, knives, explosives, signs on poles and chemical mace.

**Q. What items will be screened by the x-ray machine?**
A. All bags, packages or personal items carried into the Statehouse are subject to inspection or X-ray screening.

**Q. Is it safe to stand or walk near an x-ray machine while it is producing x-rays?**
A. The X-ray machines used to check bags and packages entering the Statehouse have safety mechanisms to prevent radiation from leaving the X-ray chamber inside the machine. The machines are inspected by the Ohio Department of Health to ensure these mechanisms are working properly, and there is no exposure to radiation outside the sampling chamber.

**Q. Do I have to empty my pockets prior to going through the metal detector?**
A. Yes, all personal belongings (i.e. car keys, pocket change, mobile phone, etc.) must be removed from pockets prior to going through the metal detector.

# STATEHOUSE SECURITY FAQs

*page two of two*

**Q. Can I bring a backpack into the Statehouse?**

A. Yes; backpacks/book bags are permitted inside the Ohio Statehouse after being inspected or X-rayed at one of the public entrances.

**Q. Can I avoid having to go through security screening (metal detector and bag check) when I enter the Ohio Statehouse?**

A. All visitors to the Statehouse must go through security screening. If you are a Capitol Square Review and Advisory Board employee, employee of a State of Ohio agency with offices in the Ohio Statehouse, State of Ohio elected official, State of Ohio agency director, Governor's cabinet member, OLCA press member or JLEC registered lobbyist you may request electronic ingress to the access control turnstiles at each entry. Call the Capitol Square Review and Advisory Board, Security at 614-728-9796 with any access control questions.

**Q. If I have an Ohio Statehouse issued ID badge and I forgot my ID badge, do I have to go through the metal detector?**

A. Yes, any individual without an Ohio Statehouse ID on their person must go through the metal detector.

**Q. Are tour groups required to go through the metal detectors?**

A. Yes, all visitors are required to go through the metal detectors. Tours scheduled with the Ohio Statehouse Museum and Education Center will be provided with specific information about where to enter the building and what security procedures will apply.

**Q. How long will it take me to go through the metal detector?**

A. As long as you remove any metal objects from your person before walking into the metal detector, as instructed, the process takes only as long as it takes you to walk through detector. Detection of metal on your person will require additional screening that may delay your entry.

**Q. What are the hours of operation for the Ohio Statehouse?**

A. Hours of operation for the Ohio Statehouse are Monday through Friday 8 a.m. to 5 p.m., Saturday and Sunday 11 a.m. to 5 p.m.

## Remember, security starts with you.

Please wear your identification badge at all times and be prepared to show it to security.



*Updated 6-13-2022 CSRAB*

**East Palestine Train Derailment Roundtable**
Wednesday, February 15 - 1:30 p.m.
Minority Conference Room (Room 230, Senate Building)

## ATTENDEES
- State Senator Paula Hicks-Hudson, Assistant Minority Whip and Ranking Member on the Senate Agriculture and Natural Resources Committee
- Senate Minority Leader Nickie J. Antonio
- State Representative Lauren McNally
- United States Department of Agriculture
  - John Patterson, State Office Director
  - Glenda Ward, District Director
- Natural Resources Conservation Service
  - Blake Arthur, Ohio State Engineer
- Ohio Environmental Council
  - Melanie Houston, Managing Director of Water Policy
- American Cancer Society
  - Leo Almeida, Ohio Director of Government Relations
- Certified Occupational and Environment Health Nurse
  - Peggy Berry PhD, RN
- Ohio Association of Professional Fire Fighters
  - Jon Harvey, President
  - Bill Quinn, Secretary Treasurer

## AGENDA
- 1:30 – 2:30 p.m.
  - Introductions
  - Questions/Discussion
- 2:45 p.m.
  - Media Availability

## DISCUSSION
**Senator Antonio** introduces the roundtable guests, finishing with Senator Paula Hicks-Hudson, who will lead the discussion.

**Senator Hicks-Hudson** begins with a synopsis of what happened and provides some framing/purpose for the discussion.

**Senator Hicks-Hudson to Peggy Berry, PhD, RN:**
The US EPA has said they're conducting around-the-clock air monitoring and it has shown normal levels of toxins in the air following the wreck. Does that surprise you, Peggy, as an environmental and occupational health professional? What kind of harm could people who have been exposed to these types of carcinogens experience?

**Senator Hicks-Hudson to Leo Almeida of American Cancer Society**:
Leo, from the perspective of the American Cancer Society, could you speak to the effects that carcinogens in our air or water have on cancer rates in exposed communities and the potential health issues exposure to a serious environmental disaster like we've seen in East Palestine could lead to?

**Senator Hicks-Hudson to Jon Harvey/Bill Quinn of OAPFF**:
Are the exposure concerns that Peggy and Leo have discussed similar to the issues that a first responder may have when engaging in an environmental disaster like the one we've seen in East Palestine?

**Senator Hicks-Hudson turning to Melanie Houston of Ohio Environmental Council**:
We've already seen drinking water precautions taken by West Virginia's Governor Jim Justice in response to the disaster. We've also seen ODNR reports of 3,500 dead fish in our streams. Melanie, could you speak to the potential for these carcinogens to enter the waterways, particularly in a place like East Palestine that is close to tributaries to the Ohio River?

**Senator Hicks-Hudson turning to John Patterson/Glenda Ward/Blake Arthur of USDA and NRCS**:
We know that our ecosystems and water sources are all connected. The contamination from the train derailment has impacts on the air, soil, and water that our crops and livestock rely on. John, Glenda and Blake, what concerns do you have about the impacts this may have on agriculture and our farmers?

**What comes next?**
A broader open discussion about ways to address both the impacts of the train derailment and ongoing environmental and agricultural issues in the state and potential policy solutions.

| From: | Arthur, Blake - FPAC-NRCS, OH |
|---|---|
| To: | Wilson, John - FPAC-NRCS, OH; Schwab, Eric - FPAC-NRCS, OH; Cusick, Carrie - FPAC-NRCS, OH; Baker, Steven - FPAC-NRCS, OH; Atkins, Alan - FPAC-NRCS, OH |
| Cc: | Grover, Susan - FPAC-NRCS, OH; DeCubellis, Brooke - FPAC-NRCS, OH |
| Subject: | East Palestine Train Derailment - Desktop Geology Assessment of Contamination Risks |
| Date: | Wednesday, March 22, 2023 9:11:00 AM |
| Attachments: | New Palestine Train Columbiana 030923 Report v3 Signed.pdf |

All:

Attached for your use is a desktop review of the geology of East Palestine and assessment of contamination risks from the train derailment. Below are highlights of the conclusions:

(b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative The site of the train derailment is over a sand and gravel aquifer that is (b)(5); (b)(5) - Deliberative (b)(5); (b)(5) - Deliberative Process Privilege Fish kills have been reported downstream of the event, (b)(5); (b)(5) - Deliberative Process Privilege

- **Agricultural Impacts** – Potential for agricultural impacts are not well understood at this time. Although the EPA has been on-site since shortly after the accident and soil and water samples have been collected, the full extent of the contamination and ecological damage will likely not be known for some time. We recommend producers consult with other governmental agencies such as the EPA and FDA to determine what levels of contamination are acceptable for crops and livestock.

- **Potential Practices to Assist** – The conclusion section of the report outlines a few possible practices which could be used to assist producers. These may or may not be applicable depending on the producers resource concerns, and each have their limitations or hurdles to use:
  - **CPS 371 Air Filtration and Scrubbing**
  - **CPS 355 Groundwater Testing**
  - **CPS 353 Monitoring Well**
  - **CPS 378 Pond**
  - **ICPS 742 Water Treatment Facility**
  - **CEMA 207 Site Assessment and Soil Testing for Contaminants Activity**
  - **Emergency Practice Standard**

Note: I was able to speak with our National Environmental Engineer last week on the situation. He suggested that (b)(5); (b)(5) - Deliberative Process Privilege and that was the approach after the (b)(5); (b)(5) - Deliberative Process While we haven't identified any specific needs at this time, it might be a tool to use if a resource concern is identified for producers that can't be address through other existing practice standards.

Let us know if you have any questions on the report or conclusions. I'm happy to set up a call to discuss further.

Thanks,


**Blake Arthur, P.E.**
State Conservation Engineer

**USDA**
**United States Department of Agriculture**
**An Equal Opportunity Provider, Employer, and Lender**

---

DESKTOP GEOLOGIC REPORT
Norfolk Southern Train Derailment
East Palestine, OH
February 3, 2023

## GENERAL:

At around 9 pm on February 3rd, 2023, a 150-car train owned and operated by Norfolk Southern had a wheel bearing overheat and fail, causing a total of 38 train cars to derail about 700 ft west of the border between Ohio and Pennsylvania (T57N, R51W, Section 25) in Unity Township, Columbiana County at the outskirts of East Palestine, Ohio. Eleven of the 38 carried hazardous materials. Five of those cars were carrying vinyl chloride, and one of those cars had a rising temperature risking a catastrophic explosion. Authorities decided to release the vinyl chloride into a ditch and ignite it to prevent an explosion. The material burned for three days releasing big clouds of black smoke into the atmosphere. (Holly Yan, 2023)

The purpose of this report is to look at the site (b)(5); (b)(5) - Deliberative Process Privilege (b)(5); (b)(5) - Deliberative This could help guide NRCS on how to (b)(5); (b)(5) - Deliberative Process Privilege (b)(5); (b)(5) - Deliberative Process Privilege

## GEOLOGY:

This accident site is located on hilly terrain mapped as kames and kame terraces with an end moraine mapped just to the north of the site, and ground moraine mapped to the south. (Ohio Department of Natural Resources, 2011) These kames are sand and gravel mounds left behind between the end moraine and one of the valley walls as glaciers melted as fast as they were progressing. The meltwater deposited sediment and moving water carried away the clay fraction leaving sand, silt, clay, gravel, cobbles, and boulders behind. A glacial map of the accident site is in Appendix A of this report.

Surface water drains to the west in Sulphur Run until it meets up with the south flowing Leslie Run which is part of the Little Beaver Creek watershed. The Little Beaver Creek empties into the Ohio River. (Ohio Department of Natural Resources, Division of Water, 2001) A map showing the watershed for this area is in Appendix A.

The bedrock in this portion of Columbiana County is Pennsylvanian age shale, siltstone, coal and underclay of the Allegheny and Pottsville Groups, undivided. (Swinford, 1:24,000-scale bedrock-geology polygons of Ohio (BG_Units_Ply), 2006) East Palestine is located in a valley where the younger Conemaugh Group has been eroded away to expose the older rocks at the base of the sand and gravel filled valley. A map showing the bedrock in the vicinity of the project site, is in Appendix B.

According to the map "Ground Water Resources of Columbiana County" this site is in the best area for groundwater resources in Columbiana County. Permeable sand and gravel deposits over 100ft thick under this crash site can supply sustained yields of up to 100 to 500 gallons per minute. It is suitable for both industrial and municipal development. (Crowell, 1993)

USDA Natural Resources Conservation Service
200 North High Street, Room 522, Columbus, Ohio 43215-2478
Voice: 614-255-2472    Fax: 614-255-2548

An Equal Opportunity Provider and Employer

**USDA**

**United States Department of Agriculture**
**An Equal Opportunity Provider, Employer, and Lender**

(b)(9)

Resources, 2016) The well logs, a map showing their relative locations, and a summary table are attached in Appendix C.  The descriptions of soil and where water was encountered on these logs should (b)(5); (b)(5) - Deliberative Process Privilege

The aquifer was not characterized during this investigation.

There is no potentiometric map for unconsolidated deposits in Columbiana County. This may be because (b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative Process Privilege

The "Potentiometric Map of the Consolidated Aquifers in Columbiana County" shows the

(b)(9)

map of the bedrock potentiometric surface of the area along with nearby Source Water Protection Areas is in Appendix D.

Soils for this site are expected to be Urban land-Chili complex (UvB), Fitchville silt loam (FdA), or Udorthents, loamy (Ua). According to the Web Soil Survey, Urban land -Chili complex is expected to be well drained soils with the water table more than 80 inches deep. Fitchville silt loam is expected somewhat poorly drained with the water table about six to fourteen inches deep, and Udorthents, loamy is expected to be "somewhat excessively drained" with the water table also more than 80 inches deep. (Natural Resources Conservation Service, n.d.) A soil map of the site is included in Appendix E.

According to the statewide Groundwater Vulnerability map, groundwater at this site is expected to be 15 to 20 feet below ground surface with a sand and gravel aquifer media and a sandy loam vadose zone. The Groundwater Vulnerability Index is 157 for this site. (Nelson, 2022) It is important to note that the Groundwater Vulnerability Index maps are intended to be used as a general planning guide and cannot be substituted for on-site investigations. A Groundwater Vulnerability map of the site and surrounding area is included in Appendix F.

(b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative Process Privilege          Three of the chemicals reported to have been spilled at the crash site are vinyl chloride, butyl acrylate, and 2-ethylhexly acrylate. (Hauser, 2023) Physical properties of these three chemicals are readily available online.  OSHA was the

USDA Natural Resources Conservation Service
200 North High Street, Room 522, Columbus, Ohio 43215-2478
Voice: 614-255-2472    Fax: 614-255-2548

An Equal Opportunity Provider and Employer

**USDA**

**United States Department of Agriculture**
An Equal Opportunity Provider, Employer, and Lender

source of information used in this report, (United Stated Department of Labor, 2020) (https://www.osha.gov/chemicaldata/ ). Table 1 is a summary of some of the physical properties of three of the chemicals listed in the NY Times article.

| Physical Property | Vinyl Chloride | Ethylhexyl Acrylate | Butyl Acrylate |
|---|---|---|---|
| Boiling Point | 7°F | 417-424°F | 293°F |
| Freezing Point | -256°F | -130°F | -83°F |
| Flash Point | -110°F | 180°F | 103°F |
| Specific Gravity | 0.969 at 8.6°F | 0.885 | 0.89 |
| Lower Explosive Limit | 3.6% | 0.8% | 1.5% |
| Vapor Pressure | 3.3 atm | 0.01 mmHg | 4 mmHg |
| Vapor Density | 2.21 | 6.35 | 4.42 |
| Upper Explosive Limit | 33% | 6.4% | 9.9% |

(United Stated Department of Labor, 2020)

Vinyl chloride is a volatile organic compound and a gas at normal temperatures and pressures. It will rapidly evaporate into the air if it is near the surface of water and/or soil while small amounts of vinyl chloride will dissolve in water. It is highly flammable.

Dioxins are possible byproducts created by burning vinyl chloride (among other things). Dioxins are highly toxic and can cause cancer, reproductive and developmental problems, damage to the immune system and disrupt hormones. They are found throughout the world and can accumulate in food chains by concentrating in fatty tissues. Dioxins are persistent in the environment because they break down slowly. (United States Environmental Protection Agency, 2023) The EPA is requiring Norfolk Southern to test for dioxins as part of the clean up efforts. (United States Environmental Protection Agency, 2023)

All three chemicals are denser than air (vapor density >1), and less dense than water (specific gravity <1). This means the vapors will sink in air, and in liquid form it will float on water.

For more information on the three chemicals above, see Appendix F, and this article with more facts about the chemicals involved in this accident site:
https://www.acsh.org/news/2023/02/21/vinyl-chloride-and-ohio-train-derailment-16907

## FINDINGS:

This accident occurred in an area with silty soil and over a deep sand and gravel aquifer that is highly susceptible to contamination and the best producing aquifer for groundwater in the county with potential yields up to 500 gallons per minute. The chemicals reported in the New York Times are organic compounds commonly used as industrial chemicals for manufacturing. The soil is sandy and silty, and the surface water is in the Ohio River drainage basin.

USDA Natural Resources Conservation Service
200 North High Street, Room 522, Columbus, Ohio 43215-2478
Voice: 614-255-2472    Fax: 614-255-2548

An Equal Opportunity Provider and Employer

**USDA**

**United States Department of Agriculture**
An Equal Opportunity Provider, Employer, and Lender

## CONCLUSIONS (For in-service use only):

(b)(5); (b)(5) - Deliberative Process Privilege

downstream of this event. Although the EPA has been on-site since shortly after the accident and soil and water samples have been collected, the full extent of the contamination and ecological damage will likely not be known for some time.

Behavior of chemicals in uncontrolled conditions such as those at this crash site can be very complex. Chemicals can interact with other chemicals, and/or with soil, water, and other materials on the site in complex ways. They may break down into daughter products that may be more hazardous or less hazardous than the original chemicals. Some chemicals dissolve easily in water, some float, some sink in water. They can also have complex interactions with soil and in the air. This complexity is (b)(5); (b)(5) - Deliberative Process Privilege

Airborne dioxin from the combustion can accumulate in the fatty tissues of animals raised for food. This dioxin can then begin to accumulate in humans who eat the animals. It is possible (b)(5); (b)(5) - Deliberative Process Privilege

Any of the chemicals that may have reached groundwater would (b)(5); (b)(5) - Deliberative Process Privilege
(b)(5); (b)(5) - Deliberative Process Privilege    Highly soluble chemicals
will travel (b)(5); (b)(5) - Deliberative Process Privilege
near the crash site. Less soluble chemicals (b)(5); (b)(5) - Deliberative Process Privilege
from the crash site. Note that pumping can (b)(5); (b)(5) - Deliberative Process Privilege
the well.

Potential impacts to agriculture are not well understood at this time. Consult with other governmental agencies such as the EPA and FDA to determine what levels of contaminations are acceptable for crops and livestock.

(b)(5); (b)(5) - Deliberative Process Privilege    Water should be
(b)(5); (b)(5) - Deliberative Process Privilege    For
the purposes of this study, I should note that agricultural wells for livestock and irrigation are included in the database used for this report. Wells within a certain area of the site, or wells by township or county could be identified using the ODNR Division of Geologic Survey Water Wells Database. That could assist the agency with proactive contacting of landowners to offer assistance with well testing and related practices.

There are many ways in which NRCS could provide assistance to the nearby farms through our practices and programs. Here are a few possible practices:

- **CPS 371: Air Filtration and Scrubbing** – This is typically used to prevent air pollution
  (b)(5); (b)(5) - Deliberative Process Privilege

- **CPS 355: Groundwater Testing** – To do this in house, we would need to identify the
  (b)(5); (b)(5) - Deliberative Process Privilege

USDA Natural Resources Conservation Service
200 North High Street, Room 522, Columbus, Ohio 43215-2478
Voice: 614-255-2472    Fax: 614-255-2548

An Equal Opportunity Provider and Employer

**USDA**

**United States Department of Agriculture**
**An Equal Opportunity Provider, Employer, and Lender**

---

(b)(5); (b)(5) - Deliberative Process Privilege

It may be possible to enlist the assistance of a TSP or contracted environmental consultant.

- **CPS 353: Monitoring Well** – Monitoring wells are used to detect contamination moving towards or away from a site.
- **CPS 378: Pond** – VOCs volatilize or evaporate when exposed to the atmosphere.

(b)(5); (b)(5) - Deliberative Process Privilege

- **MT ICPS 742: Water Treatment Facility** – Montana NRCS has an interim practice for improving water quality (ICPS 724). (MT Conservation Practice Standard Code 728: Water Treatment Facility, 2021) (b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative

- **CEMA 207: Site Assessment and Soil Testing for Contaminants Activity** – Although

(b)(5); (b)(5) - Deliberative Process Privilege

- **Other emergency practice standard** – An emergency practice standard or set of standards cou (b)(5); (b)(5) - Deliberative Process Privilege standard(s) co the situation.

For questions, contact the undersigned at (b)(6) or susan.grover@usda.gov .

*This document has been prepared for the exclusive use of the USDA-Natural Resources Conservation Service for the above referenced project. The findings, opinions and recommendations contained in this document have been prepared exercising reasonable ordinary care and diligence in the application of professional knowledge and skill. The signature and registration designation appear on this document within the scope of employment as outlined in GM_210_402_A*

**SUSAN GROVER**

Digitally signed by SUSAN GROVER
Date: 2023.03.21 16:08:52 -04'00'

Susan E. Grover
Geologist
March 21, 2023

**BIBLIOGRAPHY**

USDA Natural Resources Conservation Service
200 North High Street, Room 522, Columbus, Ohio 43215-2478
Voice: 614-255-2472    Fax: 614-255-2548

An Equal Opportunity Provider and Employer

**USDA**
**United States Department of Agriculture**
An Equal Opportunity Provider, Employer, and Lender

Agency, O. E. (n.d.). *Ohio's Drinking Water Source Protection Areas Map*. Retrieved from http://wwwapp.epa.ohio.gov/gis/maps/SWAP.html

Coe, C. J. (2015, June 25). Potentiomentric Surface Map of the Consolidated Aquifers in Ohio (Theme ID 3706 - psurfstatebed.shp). Columbus, Ohio.

Coe, C. J. (2015, June 25). Potentiometric Surface Map of the Unconsolidated Aquifers in Ohio (Theme ID 3705 - psurfstatesg.shp). Columbus, Ohio. Retrieved from Potentiometric Surface Maps: http://water.ohiodnr.gov/maps/potentiometric-surface-maps

Crowell, K. (1993). *Ground Water Resources of Columbiana County*. Retrieved from https://ohiodnr.gov/static/documents/geology/Columbiana_GWR_33x31_EOGS04721.pdf

Division of Drinking and Ground Water, Ohio Environmental Protection Agency. (2008, January 14). Groundwater Intakes for Ohio Public Water Systems (pws_wells_p_oh.shp). Columbus, Ohio.

Division of Drinking and Ground Waters Ohio Environmental Protection Agency. (1995, January 1). Public Supply Wells (pws_wells) (Z:\GIS_DATA\Data\geodata\geology\groundwater\source_water_assessment_protection\2015 SWPA\public_water_supply_wells\pws_wells-metadata.htm). Columbus, OH.

Division of Drinking and Ground Waters, Ohio Environmental Protection Agency. (2006, September 16). Drinking Water Source Protection Areas for Ground Water Supplied Public Water Systems in Ohio. Columbus, OH.

Division of Drinking and Ground Waters, Ohio Environmental Protection Agency. (2007, July 15). Surface Water Intakes for Ohio Public Water Systems (SW_intakes_p_oh). Columbus, Ohio.

Division of Drinking and Ground Waters, Ohio EPA. (1992, November 6). Ohio Sole Source Aquifers (http://epa.ohio.gov/Portals/28/documents/swap/oh_ssa.zip). Columbus, Ohio.

esri. (2017, February 10). USA Topo Maps (http://www.arcgis.com/home/item.html?id=99cd5fbd98934028802b4f797c4b1732).

Hauser, C. (2023, March 6). *New York Times*. Retrieved from After the Ohio Train Derailment: Evacuations, Toxic Chemicals and Water Worries: https://www.nytimes.com/article/ohio-train-derailment.html

Holly Yan, C. M. (2023, February 23). *CNN*. Retrieved from The Ohio toxic train wreck was "100% preventable" - but there is no evidence the crew did anything wrong, investigators say: https://www.cnn.com/2023/02/23/us/ohio-train-derailment-east-palestine-thursday/index.html

K.K.E. Nuendorf, J. M. (2005). *Glossary of Geology, Fifth Edition*. Alexandria, VA: American Geological Institute.

USDA Natural Resources Conservation Service
200 North High Street, Room 522, Columbus, Ohio 43215-2478
Voice: 614-255-2472    Fax: 614-255-2548

An Equal Opportunity Provider and Employer

**USDA**
**United States Department of Agriculture**
**An Equal Opportunity Provider, Employer, and Lender**

*MT Conservation Practice Standard Code 728: Water Treatment Facility.* (2021, October). Retrieved from Field Office Technical Guide: https://efotg.sc.egov.usda.gov/api/CPSFile/39156/724_MT_ICPS_Water_Treatment_Facility_2021

Natural Resources Conservation Service. (n.d.). Retrieved from Web Soil Survey: http://websoilsurvey.sc.egov.usda.gov/App/HomePage.htm

Nelson, C. B. (2022). *Groundwater Vulnerability Index Map of Ohio.* Retrieved from https://ohiodnr.gov/static/documents/geology/GW2_Nelson_2022.pdf

Ohio Department of Natural Resources. (2011, June 24). *ohi_glacial_geology_17nad83.shp.* Retrieved from Ohio Geology Interactive Map: Download Geology Data: https://gis.ohiodnr.gov/website/dgs/geologyviewer/#

Ohio Department of Natural Resources. (2016, January 27). Water Well Log Search by County, Township and Road, or Log Number. Ohio.

Ohio Department of Natural Resources Geologic Division. (2019, June 12). *Karst Data.* Retrieved from Ohio Geology Interactive Map: https://gis.ohiodnr.gov/website/dgs/geologyviewer/#

Ohio Department of Natural Resources, Division of Water. (2001). Principal Streams and Watersheds (map). Ohio Deaprtment of Natural Resources, Division of Water.

Pavey, R. R. (2004, June 1). OH_karst_interim_17nad83.shp. Columbus, Ohio.

Resources, O. D. (2017). *ODNR Geographic Information Systems.* Retrieved from GIS Data Search By Category: http://geospatial.ohiodnr.gov/data-metadata/search-by-category

Sprowls, K. (2007, March). *Potentiometric Surface of the Consolidated Aquifers in Columbiana County.* Retrieved from https://ohiodnr.gov/static/documents/geology/ColumbianaBed_Psurf_EOGS04611.pdf

Swinford, E. M. (2006, January 1). 1:24,000-scale bedrock-geology polygons of Ohio (BG_Units_Ply). Columbus, Ohio.

United Stated Department of Labor. (2020, 12 18). *Occupational Health and Safety Administration.* Retrieved from OSHA Occupational Chemical Database: https://www.osha.gov/chemicaldata

United States Environmental Protection Agency. (2023, Feb 13). Retrieved from Learn about Dioxin: https://www.epa.gov/dioxin/learn-about-dioxin

United States Environmental Protection Agency. (2023, March 2). Retrieved from EPA Requires Norfolk Southern to Sample for Dioxins in East Palestine: https://www.epa.gov/newsreleases/epa-requires-norfolk-southern-sample-dioxins-east-palestine#:~:text=If%20dioxins%20are%20found%20in%20the%20area%20including,Pennsylvania%20Department%20of%20Environmental%20Protection%2C%20and%20other%20partners.

USDA Natural Resources Conservation Service
200 North High Street, Room 522, Columbus, Ohio 43215-2478
Voice: 614-255-2472    Fax: 614-255-2548

An Equal Opportunity Provider and Employer

# APPENDIX A: Glacial Map and Watershed Map

# New Palestine Glacial Map



## Legend

### Accident Site

★ Accident Site

### Description

▢ LATE WISCONSINAN Kames and kame terraces

▢ LATE WISCONSINAN: Early Woodfordian ice End moraine Loam till with thin loess (<1 m) cover (Kent, Navarre tills)

▢ LATE WISCONSINAN: Early Woodfordian ice Ground moraine Loam till with thin loess (<1 m) cover (Kent, Navarre tills)



This map shows glacial geology with respect to the project site.  Data  above ESRI basemap can be downloaded from ODNR Division of Geologic Survey here: https://ohiodnr.gov/discover-and-learn/safety-conservation/about-ODNR/geologic-survey/publications-maps/publications-catalog

## Surface Water Drainage for East Palestine, Ohio and Surrounding Area



From: ODNR Division of Water, Principal Streams and Their Drainage Areas (ODNR Division of Water, 1999)

APPENDIX B: Bedrock Map

# New Palestine Bedrock Map

New Palestine Train Derailment

Esri, HERE, iPC, Copyright © 2013 National Geographic Society, i-cubed,
Esri, HERE, Garmin, iPC

0    0.25    0.5    1    1.5    2    Miles

## Legend

### Accident Site

★ Accident Site

### Formation

ALLEGHENY GROUP

CONEMAUGH GROUP

This map shows bedrock geology with respect to the project site. Data above ESRI basemap can be downloaded from ODNR Division of Geologic Survey here: https://ohiodnr.gov/discover-and-learn/safety-conservation/about-ODNR/geologic-survey/publications-maps/publications-catalog



APPENDIX C: ODNR Well Map, Table and Logs

# New Palestine
# ODNR Well Map

(b)(9)



## ODNR Wells Within 1/2 Mile

(b)(9)



## WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 920641

### Original Owner & Location

| | | |
|---|---|---|
| **Original Owner Name:** TREVIS & BRANDI FOSTER | **Township:** UNITY | **Section Number:** |
| **County:** COLUMBIANA | | |
| **Address:** 1067 STATE LINE RD | | |
| **City:** EAST PALESTINE | **State:** OH | **Zip Code:** 44413 |
| **Location Number:** | **Location Map Year:** | **Location Area:** |
| **Latitude:** 40.83754 | **Longitude:** -80.52623 | |

### Construction Details

| | | |
|---|---|---|
| **Borehole Diameter 1:** 6 in. | **Borehole Depth 1:** 300 ft. | **Depth to Bedrock:** 28 ft. |
| **Borehole Diameter 2:** in. | **Borehole Depth 2:** 300 ft. | |
| **Casing Diameter 1:** 6 in. | **Casing Length 1:** 60 ft. | **Casing Thickness 1:** 0.219 in. |
| **Casing Diameter 2:** 4 in. | **Casing Length 2:** 294 ft. | **Casing Thickness 2:** 0.214 in. |
| **Casing Height Above Ground:** 1 ft. | **Aquifer Type:** SILTSTONE | **Well Use:** DOMESTIC |
| **Date of Completion:** 10/30/2000 | **Total Depth:** 300 | |
| **Drilling Company Name:** DILLAN WELL DRILLING INC | | |

### Well Test Details

| | | |
|---|---|---|
| **Static Water Level:** 68 ft. | **Test Rate:** 2 gpm | |
| **Drawdown:** ft. | **Test Duration:** 2 hrs. | |
| | | **Associated Documents:** |

### Comments

### Drilling Log

| Formations: | From: | To: |
|---|---|---|
| CLAY | 0 | 14 |
| CLAY & GRAVEL | 14 | 28 |
| SANDSTONE | 28 | 36 |
| SHALE | 36 | 50 |
| SILTSTONE | 50 | 70 |
| COAL | 70 | 72 |
| CLAY | 72 | 78 |
| SILTSTONE | 78 | 85 |
| SHALE | 85 | 96 |
| COAL | 96 | 98 |
| WATER AT | 101 | 101 |
| CLAY | 98 | 104 |
| SHALE | 104 | 109 |
| SHALE | 109 | 112 |
| SANDSTONE | 112 | 121 |
| SILTSTONE | 121 | 142 |
| LIMESTONE | 142 | 167 |
| COAL | 167 | 169 |
| SHALE | 169 | 173 |
| SILTSTONE | 173 | 177 |
| SANDSTONE | 177 | 180 |
| SILTSTONE | 180 | 187 |
| COAL | 187 | 189 |
| SHALE | 189 | 196 |
| SILTSTONE | 196 | 204 |
| SILTSTONE | 204 | 211 |

| | | |
|---|---|---|
| SILTSTONE | 211 | 213 |
| SANDSTONE | 213 | 216 |
| WATER AT | 213 | 213 |
| SANDSTONE | 216 | 223 |
| SANDSTONE | 223 | 227 |
| SANDSTONE | 227 | 230 |
| SILTSTONE | 230 | 233 |
| SILTSTONE | 233 | 236 |
| SANDSTONE | 236 | 240 |
| SILTSTONE | 240 | 244 |
| LIMESTONE | 244 | 246 |
| COAL | 246 | 247 |
| SANDSTONE | 247 | 253 |
| SANDSTONE | 253 | 261 |
| SILTSTONE | 261 | 265 |
| LIMESTONE | 265 | 268 |
| SANDSTONE | 268 | 272 |
| SILTSTONE | 272 | 277 |
| SILTSTONE | 277 | 279 |
| SANDSTONE | 279 | 282 |
| COAL | 282 | 283 |
| SHALE | 283 | 289 |
| SILTSTONE | 289 | 300 |



# WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 63124

## Original Owner & Location

**Original Owner Name:** HARRY BUSH

| | | |
|---|---|---|
| **County:** COLUMBIANA | **Township:** UNITY | **Section Number:** 24 |
| **Address:** | | |
| **City:** | **State:** OH | **Zip Code:** |
| **Location Number:** 176 | **Location Map Year:** 1945 | **Location Area:** |
| **Latitude:** 40.842626 | **Longitude:** -80.5249 | |

## Construction Details

| | | |
|---|---|---|
| **Borehole Diameter 1:** in. | **Borehole Depth 1:** 79 ft. | **Depth to Bedrock:** 61 ft. |
| **Casing Diameter 1:** 6.25 in. | **Casing Length 1:** 61 ft. | **Casing Thickness 1:** in. |
| **Casing Height Above Ground:** ft. | **Aquifer Type:** SHALE | **Well Use:** |
| **Date of Completion:** 10/20/1948 | **Total Depth:** 79 | |
| **Drilling Company Name:** | | |

## Well Test Details

| | | |
|---|---|---|
| **Static Water Level:** 20 ft. | **Test Rate:** gpm | |
| **Drawdown:** ft. | **Test Duration:** hrs. | |
| | | **Associated Documents:** |

## Comments

## Drilling Log

| Formations: | From: | To: |
|---|---|---|
| SAND & GRAVEL | 0 | 61 |
| SHALE | 61 | 79 |



## WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 79459

### Original Owner & Location

**Original Owner Name:** EDWIN MOLLENKOPF
**County:** COLUMBIANA  **Township:** UNITY  **Section Number:** 25
**Address:**
**City:**  **State:** OH  **Zip Code:**
**Location Number:** 568  **Location Map Year:** 1945  **Location Area:**
**Latitude:** 40.83572  **Longitude:** -80.530105

### Construction Details

**Borehole Diameter 1:** in.  **Borehole Depth 1:** 75 ft.  **Depth to Bedrock:** 25 ft.
**Casing Diameter 1:** 6.25 in.  **Casing Length 1:** 45 ft.  **Casing Thickness 1:** in.
**Casing Height Above Ground:** ft.  **Aquifer Type:** SHALE  **Well Use:**
**Date of Completion:** 09/20/1950  **Total Depth:** 75
**Drilling Company Name:** MILLER BROTHERS DRILLING

### Well Test Details

**Static Water Level:** 75 ft.  **Test Rate:** 10 gpm
**Drawdown:** ft.  **Test Duration:** 1 hrs.

**Associated Documents:**

### Comments

### Drilling Log

| Formations: | From: | To: |
| --- | --- | --- |
| SAND & GRAVEL | 0 | 15 |
| CLAY | 15 | 25 |
| COAL | 25 | 27 |
| CLAY | 27 | 40 |
| SHALE | 40 | 75 |



## WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 274244

### Original Owner & Location

**Original Owner Name:** CITY OF E. PALESTINE

| | | |
|---|---|---|
| **County:** COLUMBIANA | **Township:** UNITY | **Section Number:** |
| **Address:** SR 165 | | |
| **City:** | **State:** OH | **Zip Code:** |
| **Location Number:** 60 | **Location Map Year:** 1973 | **Location Area:** |
| **Latitude:** 40.83503 | **Longitude:** -80.525562 | |

### Construction Details

| | | |
|---|---|---|
| **Borehole Diameter 1:** in. | **Borehole Depth 1:** 147 ft. | **Depth to Bedrock:** ft. |
| **Casing Diameter 1:** 8 in. | **Casing Length 1:** 147 ft. | **Casing Thickness 1:** in. |
| **Casing Height Above Ground:** ft. | **Aquifer Type:** GRAVEL | **Well Use:** |
| **Date of Completion:** 05/05/1964 | **Total Depth:** 147 | |

**Drilling Company Name:** HORTON PUMP SERVICE

### Well Test Details

| | | |
|---|---|---|
| **Static Water Level:** 51 ft. | **Test Rate:** 300 gpm | |
| **Drawdown:** 20 ft. | **Test Duration:** 72 hrs. | |
| | | **Associated Documents:** |

### Comments

### Drilling Log

| Formations: | From: | To: |
|---|---|---|
| LOAM | 0 | 8 |
| CLAY | 8 | 61 |
| SAND & GRAVEL | 61 | 94 |
| SAND | 94 | 121 |
| SAND | 121 | 130 |
| SAND & GRAVEL | 130 | 140 |
| GRAVEL | 140 | 147 |



## WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 504532

### Original Owner & Location

| | | |
|---|---|---|
| Original Owner Name: PITTSBURGH REFRACTOR | Township: UNITY | Section Number: 25 |
| County: COLUMBIANA | | |
| Address: 51887 E TAGGERT ST | | |
| City: | State: OH | Zip Code: |
| Location Number: | Location Map Year: | Location Area: |
| Latitude: 40.833308 | Longitude: -80.52088 | |

### Construction Details

| | | |
|---|---|---|
| Borehole Diameter 1: in. | Borehole Depth 1: 127 ft. | Depth to Bedrock: ft. |
| Casing Diameter 1: 8 in. | Casing Length 1: 126 ft. | Casing Thickness 1: in. |
| Casing Height Above Ground: ft. | Aquifer Type: SAND & GRAVEL | Well Use: |
| Date of Completion: 03/01/1977 | Total Depth: 127 | |
| Drilling Company Name: MCKAY & GOULD DRILLING INC | | |

### Well Test Details

| | | |
|---|---|---|
| Static Water Level: 20 ft. | Test Rate: 100 gpm | |
| Drawdown: 20 ft. | Test Duration: 4 hrs. | |
| | | Associated Documents: |

### Comments

### Drilling Log

| Formations: | From: | To: |
|---|---|---|
| SAND & GRAVEL | 45 | 127 |



## WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 780090

### Original Owner & Location

**Original Owner Name:** HARRY PICKETT
**County:** COLUMBIANA    **Township:** UNITY    **Section Number:** 25
**Address:** 4900 S PLEASANT DR

| | | |
|---|---|---|
| **City:** | **State:** OH | **Zip Code:** |
| **Location Number:** | **Location Map Year:** | **Location Area:** |
| **Latitude:** 40.829055 | **Longitude:** -80.521468 | |

### Construction Details

| | | |
|---|---|---|
| **Borehole Diameter 1:** in. | **Borehole Depth 1:** 345 ft. | **Depth to Bedrock:** ft. |
| **Casing Diameter 1:** in. | **Casing Length 1:** ft. | **Casing Thickness 1:** in. |
| **Casing Height Above Ground:** ft. | **Aquifer Type:** CLEANOUT | **Well Use:** DOMESTIC |
| **Date of Completion:** 05/24/1994 | **Total Depth:** 345 | |

**Drilling Company Name:** MCKAY & GOULD DRILLING INC

### Well Test Details

| | | |
|---|---|---|
| **Static Water Level:** ft. | **Test Rate:** gpm | |
| **Drawdown:** ft. | **Test Duration:** hrs. | |
| | | **Associated Documents:** |

### Comments

### Drilling Log

| Formations: | From: | To: |
|---|---|---|
| CLEANOUT | 140 | 245 |



# WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 534444

## Original Owner & Location

| | | |
|---|---|---|
| **Original Owner Name:** PITTSBURGH REFRACTOR | **Township:** UNITY | **Section Number:** 25 |
| **County:** COLUMBIANA | | |
| **Address:** 51887 E TAGGERT ST | | |
| **City:** | **State:** OH | **Zip Code:** |
| **Location Number:** | **Location Map Year:** | **Location Area:** |
| **Latitude:** 40.833308 | **Longitude:** -80.52088 | |

## Construction Details

| | | |
|---|---|---|
| **Borehole Diameter 1:** in. | **Borehole Depth 1:** 104 ft. | **Depth to Bedrock:** ft. |
| **Casing Diameter 1:** 6 in. | **Casing Length 1:** 104 ft. | **Casing Thickness 1:** in. |
| **Casing Height Above Ground:** ft. | **Aquifer Type:** GRAVEL | **Well Use:** |
| **Date of Completion:** 10/13/1978 | **Total Depth:** 104 | |
| **Drilling Company Name:** MCKAY & GOULD DRILLING INC | | |

## Well Test Details

| | | |
|---|---|---|
| **Static Water Level:** 30 ft. | **Test Rate:** 100 gpm | |
| **Drawdown:** 60 ft. | **Test Duration:** 4 hrs. | |
| | | **Associated Documents:** |

## Comments

## Drilling Log

| Formations: | From: | To: |
|---|---|---|
| FILL MATERIAL | 0 | 15 |
| SAND/GRAVEL/GUMBO | 15 | 102 |
| GRAVEL | 102 | 104 |



# WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 783971

## Original Owner & Location

| | | |
|---|---|---|
| Original Owner Name: BROWNING FERRIS INDU | | |
| County: COLUMBIANA | Township: UNITY | Section Number: |
| Address: 6201 S PLEASANT DR | | |
| City: | State: OH | Zip Code: |
| Location Number: | Location Map Year: | Location Area: |
| Latitude: 40.829618 | Longitude: -80.523451 | |

## Construction Details

| | | |
|---|---|---|
| Borehole Diameter 1: in. | Borehole Depth 1: 213 ft. | Depth to Bedrock: 12 ft. |
| Borehole Diameter 2: in. | Borehole Depth 2: 213 ft. | |
| Casing Diameter 1: 4 in. | Casing Length 1: 50 ft. | Casing Thickness 1: in. |
| Casing Diameter 2: in. | Casing Length 2: 190 ft. | Casing Thickness 2: in. |
| Casing Height Above Ground: ft. | Aquifer Type: LIMESTONE | Well Use: MONITOR |
| Date of Completion: 04/30/1994 | Total Depth: 213 | |
| Drilling Company Name: HD SONIC DRILLING INC | | |

## Well Test Details

| | | |
|---|---|---|
| Static Water Level: ft. | Test Rate: gpm | |
| Drawdown: ft. | Test Duration: hrs. | |
| | | Associated Documents: |

## Comments

## Drilling Log

| Formations: | From: | To: |
|---|---|---|
| DIRT | 0 | 12 |
| SHALE | 12 | 66 |
| SANDSTONE | 66 | 89 |
| SANDSTONE | 89 | 158 |
| WATER AT | 0 | 171 |
| SHALE | 158 | 171 |
| SHALE | 171 | 209 |
| COAL | 209 | 211 |
| SHALE | 211 | 212 |
| LIMESTONE | 212 | 213 |



# WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 783972

## Original Owner & Location

**Original Owner Name:** BROWNING FERRIS INDU

| | | |
|---|---|---|
| **County:** COLUMBIANA | **Township:** UNITY | **Section Number:** |
| **Address:** 6201 S PLEASANT DR | | |
| **City:** | **State:** OH | **Zip Code:** |
| **Location Number:** | **Location Map Year:** | **Location Area:** |
| **Latitude:** 40.829618 | **Longitude:** -80.523451 | |

## Construction Details

| | | |
|---|---|---|
| **Borehole Diameter 1:** in. | **Borehole Depth 1:** 104 ft. | **Depth to Bedrock:** 56 ft. |
| **Borehole Diameter 2:** in. | **Borehole Depth 2:** 104 ft. | |
| **Casing Diameter 1:** 4 in. | **Casing Length 1:** 80 ft. | **Casing Thickness 1:** in. |
| **Casing Diameter 2:** in. | **Casing Length 2:** 80 ft. | **Casing Thickness 2:** in. |
| **Casing Height Above Ground:** ft. | **Aquifer Type:** SHALE | **Well Use:** MONITOR |
| **Date of Completion:** 04/30/1994 | **Total Depth:** 104 | |
| **Drilling Company Name:** HD SONIC DRILLING INC | | |

## Well Test Details

| | | |
|---|---|---|
| **Static Water Level:** ft. | **Test Rate:** gpm | |
| **Drawdown:** ft. | **Test Duration:** hrs. | |
| | | **Associated Documents:** |

## Comments

## Drilling Log

| Formations: | From: | To: |
|---|---|---|
| SPOIL | 0 | 56 |
| SHALE | 56 | 72 |
| SHALE | 72 | 100 |
| COAL | 100 | 101 |
| CLAY | 100 | 101 |
| SHALE | 101 | 104 |



## WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 837872

### Original Owner & Location

**Original Owner Name:** *BROWNING FERRIS IND.*

| | | |
|---|---|---|
| **County:** *COLUMBIANA* | **Township:** *UNITY* | **Section Number:** |
| **Address:** *6201 S PLEASANT DR* | | |
| **City:** | **State:** *OH* | **Zip Code:** |
| **Location Number:** | **Location Map Year:** | **Location Area:** |
| **Latitude:** *40.829618* | **Longitude:** *-80.523451* | |

### Construction Details

| | | |
|---|---|---|
| **Borehole Diameter 1:** *in.* | **Borehole Depth 1:** *53 ft.* | **Depth to Bedrock:** *ft.* |
| **Casing Diameter 1:** *4 in.* | **Casing Length 1:** *50 ft.* | **Casing Thickness 1:** *in.* |
| **Casing Height Above Ground:** *ft.* | **Aquifer Type:** *FILL MATERIAL* | **Well Use:** *MONITOR* |
| **Date of Completion:** *08/29/1996* | **Total Depth:** *53* | |
| **Drilling Company Name:** *HD SONIC DRILLING INC* | | |

### Well Test Details

| | | |
|---|---|---|
| **Static Water Level:** *ft.* | **Test Rate:** *gpm* | |
| **Drawdown:** *ft.* | **Test Duration:** *hrs.* | |
| | | **Associated Documents:** |

### Comments

### Drilling Log

| Formations: | From: | To: |
|---|---|---|
| FILL MATERIAL | 26 | 50 |
| MUCK | 50 | 53 |



## WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 837873

### Original Owner & Location

**Original Owner Name:** BROWNING FERRIS IND.
**County:** COLUMBIANA                 **Township:** UNITY                 **Section Number:**
**Address:** 6201 S PLEASANT DR

| | | |
|---|---|---|
| **City:** | **State:** OH | **Zip Code:** |
| **Location Number:** | **Location Map Year:** | **Location Area:** |
| **Latitude:** 40.829618 | **Longitude:** -80.523451 | |

### Construction Details

| | | |
|---|---|---|
| **Borehole Diameter 1:** in. | **Borehole Depth 1:** 67 ft. | **Depth to Bedrock:** ft. |
| **Casing Diameter 1:** 4 in. | **Casing Length 1:** 50 ft. | **Casing Thickness 1:** in. |
| **Casing Height Above Ground:** ft. | **Aquifer Type:** FILL MATERIAL | **Well Use:** MONITOR |
| **Date of Completion:** 08/29/1996 | **Total Depth:** 67 | |
| **Drilling Company Name:** HD SONIC DRILLING INC. | | |

### Well Test Details

| | | |
|---|---|---|
| **Static Water Level:** ft. | **Test Rate:** gpm | |
| **Drawdown:** ft. | **Test Duration:** hrs. | |
| | | **Associated Documents:** |

### Comments

### Drilling Log

| Formations: | From: | To: |
|---|---|---|
| FILL MATERIAL | 53 | 62 |
| MUCK | 62 | 67 |



# WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 837874

## Original Owner & Location

**Original Owner Name:** BROWNING FERRIS IND.
**County:** COLUMBIANA    **Township:** UNITY    **Section Number:**
**Address:** 6201 S PLEASANT DR
**City:**    **State:** OH    **Zip Code:**
**Location Number:**    **Location Map Year:**    **Location Area:**
**Latitude:** 40.829618    **Longitude:** -80.523451

## Construction Details

**Borehole Diameter 1:** in.    **Borehole Depth 1:** 58 ft.    **Depth to Bedrock:** ft.
**Casing Diameter 1:** 4 in.    **Casing Length 1:** 40 ft.    **Casing Thickness 1:** in.
**Casing Height Above Ground:** ft.    **Aquifer Type:** FILL MATERIAL    **Well Use:** MONITOR
**Date of Completion:** 08/29/1996    **Total Depth:** 58
**Drilling Company Name:** HD SONIC DRILLING INC

## Well Test Details

**Static Water Level:** ft.    **Test Rate:** gpm
**Drawdown:** ft.    **Test Duration:** hrs.

**Associated Documents:**

## Comments

## Drilling Log

| Formations: | From: | To: |
| --- | --- | --- |
| FILL MATERIAL | 0 | 58 |



## WATER WELL LOG & DRILLING REPORT

Ohio Department of Natural Resources
Division of Geological Survey
Phone: 614-265-6740

**Well Log Number:** 887148

| Original Owner & Location | | |
| --- | --- | --- |
| Original Owner Name: KENTAK PRODUCTS CO | | |
| County: COLUMBIANA | Township: UNITY | Section Number: |
| Address: 795 E MARTIN ST | | |
| City: EAST PALESTINE | State: OH | Zip Code: 44413 |
| Location Number: | Location Map Year: | Location Area: |
| Latitude: 40.83704 | Longitude: -80.52271 | |

### Construction Details

| | | |
| --- | --- | --- |
| Borehole Diameter 1: 12.25 in. | Borehole Depth 1: 113 ft. | Depth to Bedrock: 108 ft. |
| Borehole Diameter 2: 9 in. | Borehole Depth 2: 123 ft. | |
| Casing Diameter 1: 10 in. | Casing Length 1: 110 ft. | Casing Thickness 1: in. |
| Casing Diameter 2: 14 in. | Casing Length 2: 35 ft. | Casing Thickness 2: in. |
| Casing Height Above Ground: 3 ft. | Aquifer Type: SANDSTONE | Well Use: DOMESTIC |
| Date of Completion: 10/26/1999 | Total Depth: 123 | |
| Drilling Company Name: HD SONIC DRILLING INC | | |

### Well Test Details

| | | |
| --- | --- | --- |
| Static Water Level: 14 ft. | Test Rate: gpm | |
| Drawdown: ft. | Test Duration: hrs. | |
| | | Associated Documents: |

### Comments

### Drilling Log

| Formations: | From: | To: |
| --- | --- | --- |
| FILL MATERIAL | 0 | 8 |
| SAND & GRAVEL | 8 | 108 |
| SANDSTONE | 108 | 123 |

Appendix D: Potentiometric and Source Water Protection Area Map

# Source Water Protection & Bedrock Potentiometric Map
# New Palestine Accident Site

(b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative Process Privilege

mapping-services Data for Source Water Protection Areas can be found at Ohio EPA website:

USDA

Appendix E: Soils



Soil Map—Columbiana County, Ohio
(East Palestine Train Accident - Soil Map)

Natural Resources
Conservation Service

Web Soil Survey
National Cooperative Soil Survey

3/13/2023
Page 1 of 3

Soil Map—Columbiana County, Ohio
(East Palestine Train Accident - Soil Map)

# MAP LEGEND

**Area of Interest (AOI)**

Area of Interest (AOI)

**Soils**

Soil Map Unit Polygons

Soil Map Unit Lines

Soil Map Unit Points

**Special Point Features**

Blowout

Borrow Pit

Clay Spot

Closed Depression

Gravel Pit

Gravelly Spot

Landfill

Lava Flow

Marsh or swamp

Mine or Quarry

Miscellaneous Water

Perennial Water

Rock Outcrop

Saline Spot

Sandy Spot

Severely Eroded Spot

Sinkhole

Slide or Slip

Sodic Spot

Spoil Area

Stony Spot

Very Stony Spot

Wet Spot

Other

Special Line Features

**Water Features**

Streams and Canals

**Transportation**

Rails

Interstate Highways

US Routes

Major Roads

Local Roads

**Background**

Aerial Photography

# MAP INFORMATION

The soil surveys that comprise your AOI were mapped at 1:12,000.

Warning: Soil Map may not be valid at this scale.

Enlargement of maps beyond the scale of mapping can cause misunderstanding of the detail of mapping and accuracy of soil line placement. The maps do not show the small areas of contrasting soils that could have been shown at a more detailed scale.

Please rely on the bar scale on each map sheet for map measurements.

Source of Map:   Natural Resources Conservation Service
Web Soil Survey URL:
Coordinate System:   Web Mercator (EPSG:3857)

Maps from the Web Soil Survey are based on the Web Mercator projection, which preserves direction and shape but distorts distance and area. A projection that preserves area, such as the Albers equal-area conic projection, should be used if more accurate calculations of distance or area are required.

This product is generated from the USDA-NRCS certified data as of the version date(s) listed below.

Soil Survey Area:   Columbiana County, Ohio
Survey Area Data:   Version 20, Sep 8, 2022

Soil map units are labeled (as space allows) for map scales 1:50,000 or larger.

Date(s) aerial images were photographed:    May 19, 2021—Sep 19, 2021

The orthophoto or other base map on which the soil lines were compiled and digitized probably differs from the background imagery displayed on these maps. As a result, some minor shifting of map unit boundaries may be evident.

Natural Resources
Conservation Service

Web Soil Survey
National Cooperative Soil Survey

3/13/2023
Page 2 of 3



## Map Unit Legend

| Map Unit Symbol | Map Unit Name | Acres in AOI | Percent of AOI |
|---|---|---|---|
| FdA | Fitchville silt loam, 0 to 2 percent slopes | 1.0 | 5.5% |
| Ua | Udorthents, loamy, 2 to 25 percent slopes | 4.7 | 25.3% |
| UvB | Urban land-Chili complex, 2 to 6 percent slopes | 12.9 | 69.2% |
| **Totals for Area of Interest** | | **18.6** | **100.0%** |

USDA  **Natural Resources**
**Conservation Service**

Web Soil Survey
National Cooperative Soil Survey

3/13/2023
Page 3 of 3

Appendix F: Groundwater Vulnerability Map

# Groundwater Vulnerability Map
# New Palestine Accident Site

(b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) - Deliberative Process Privilege

(b)(5); (b)(5) -
Deliberative Process
Privilege

mapping-services Data for Source
Water Protection Areas can be found
at Ohio EPA website:

USDA

Appendix G: Chemical Information

# Links to Chemical Safety Data Sheets

1. **Vinyl Chloride** - VINYL CHLORIDE (CHLOROETHYLENE) | Occupational Safety and Health Administration (osha.gov) https://www.osha.gov/chemicaldata/566
2. **Ethylhexyl Acrylate** – 2-ETHYLHEXYL ACRYLATE | Occupational Safety and Health Administration (osha.gov)
   https://www.osha.gov/chemicaldata/826
3. **Butyl Acrylate** - BUTYL ACRYLATE | Occupational Safety and Health Administration (osha.gov)
   https://www.osha.gov/chemicaldata/260

OSHA Occupational Chemical Database  /  VINYL CHLORIDE (CHLOROETHYLENE)

# VINYL CHLORIDE (CHLOROETHYLENE)†

| Chemical Identification | |
| --- | --- |
| CAS # | 75-01-4 |
| Formula | $C_2H_3Cl$ |
| Synonyms | chloroethene; chloroethylene; ethylene monochloride; monochloroethene; monochloroethylene; VC; vinyl chloride monomer (VCM) |

| Physical Properties | | | |
| --- | --- | --- | --- |
| Physical description | Colorless gas or liquid (below 7°F) with a pleasant odor at high concentrations. | | |
| Boiling point | 7°F | Molecular weight | 62.5 |
| Freezing point/melting point | -256°F | Vapor pressure | 3.3 atm |
| Flash point | -110°F | Vapor density | 2.21 |
| Specific gravity | 0.969 at 8.6°F | Ionization potential | 9.99 eV |
| Lower explosive limit (LEL) | 3.6% | Upper explosive limit (UEL) | 33% |
| NFPA health rating | 2 | NFPA fire rating | 4 |
| NFPA reactivity rating | 2 | NFPA special instruction | |
| Vapor hazard ratio (VHR) | | | |
| Historical exceedance percentage | | | |
| Target organs | | | |

| Monitoring Methods Used by OSHA | | | |
| --- | --- | --- | --- |
| Analyte code (IMIS no.) | 2580 | | |

**Monitoring Methods Used by OSHA**

| Sampling group | | | |
|---|---|---|---|
| Sampler/Sampling media | ORBO™ 91 Carbosieve® S-III (130/65) [Supelco 20360] | | |
| Sampling time* | 60 min | | |
| Sampling volume (TWA)* | 3 L | | |
| Sampling flow rate (TWA)* | 0.05 L/min | | |
| Sampling volume (STEL/Peak/C)* | | | |
| Sampling flow rate (STEL/Peak/C)* | | | |
| Analytical method instruments | GC-FID | | |
| Method reference | OSHA 75 (fully validated) | | |
| Notes | Submit as a separate sample. Refrigerate samples and analyze as soon as possible. | | |
| Special requirements | | | |

* All sampling instructions above are recommended guidelines for OSHA Compliance Safety and Health Officers (CSHOs), please see the corresponding OSHA method reference for complete details.

| Wipe Method | |
|---|---|
| Sampler/Sampling media | |

| Bulk Method |
|---|
| |

| On-Site Screening Techniques | | | |
|---|---|---|---|
| Device | Detector tube | Detector tube | CMS Chip |

**On-Site Screening Techniques**

| Model/Type | Gastec 131LA | Matheson-Kitagawa 8014-132SA | Vinyl chloride, 0.3-10 range |
|---|---|---|---|
| Sampling information (see manufacturer instructions) | 0.5-4 strokes, 0.05-54 ppm range, uncertainty 6% for 1-6 ppm, 8% for 6-20 ppm | follow mfr instructions, approx 0.05-1% range | |

**Exposure Limits**

| OSHA PEL 8-hour TWA (ST) STEL (C) Ceiling Peak | | NIOSH REL Up to 10-hour TWA (ST) STEL (C) Ceiling | | ACGIH TLV© 8-hour TWA (ST) STEL (C) Ceiling | | CAL/OSHA PEL 8-hour TWA (ST) STEL (C) Ceiling Peak | |
|---|---|---|---|---|---|---|---|
| PEL-TWA | 1 ppm [0.5 ppm Action Level] | REL-TWA | | TLV-TWA | 1 ppm [1997] | PEL-TWA | 1 ppm |
| PEL-STEL | | REL-STEL | | TLV-STEL | | PEL-STEL | |
| PEL-C | 5 ppm [15 minutes] | REL-C | | TLV-C | | PEL-C | |
| Skin notation | N | Skin notation | N | Skin notation | N | Skin notation | Y |
| Notes: See 29 CFR 1910.1017, Vinyl chloride. | | Notes: CARCINOGEN (Ca): REDUCE EXPOSURE TO LOWEST FEASIBLE CONCENTRATION. See Appendix A, NIOSH Potential Occupational Carcinogens. | | Notes: | | Notes: See California Code of Regulations, Title 8, Section 5210. Vinyl Chloride. | |
| Health factors: See NIH-NLM PubChem. | | IDLH | | | | | |

**Exposure Limits**

| | | | |
|---|---|---|---|
| **Carcinogenic classifications:** EPA-K;A, IARC-1, NIOSH-Ca, NTP-K, OSHA-Ca, TLV-A1 | **Notes:** Ca | | |

**AIHA emergency response planning guidelines - ERPG-1/ERPG-2/ERPG-3:**
500 ppm/5000 ppm/20000 ppm

---

**Additional Resources and Literature References**

**NOAA: CAMEO Chemicals -** Vinyl chloride

**NIOSH: Pocket Guide to Chemical Hazards -** Vinyl chloride

**Literature References**

- ACGIH: *Documentation of the Threshold Limit Values (TLVs) and Biological Exposure Indices (BEIs)* - Vinyl Chloride. See annual publication for most recent information.
- Lewis, R.: Vinyl chloride and polyvinyl chloride. *Occup. Med.* **14**(4): 719-741, 1999.
- Huang, C.Y., Huang, K.L., Cheng, T.J., Wang, J.D. and Hsieh, L.L.: The GST T1 and CYP2E1 genotypes are possible factors causing vinyl chloride induced abnormal liver function. *Arch. Toxicol.* **71**(8): 482-488, 1997.
- Li, Y., Marion, M.J., Ho, R., Cheng, T.J., Coulibaly, D., Rosal, R. and Brandt-Rauf, P.W.: Polymorphisms for vinyl chloride metabolism in French vinyl chloride workers. *Int. J. Occup. Med. Environ. Health* **16**(1): 55-59, 2003.

Last Updated Date : 01/29/2021

---

# UNITED STATES
# DEPARTMENT OF LABOR

Occupational Safety & Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House

Severe Storm and Flood Recovery
Assistance

Disaster Recovery Assistance

DisasterAssistance.gov

USA.gov

No Fear Act Data

U.S. Office of Special Counsel

## OCCUPATIONAL SAFETY & HEALTH

Frequently Asked
Questions

A - Z Index

Freedom of Information
Act - OSHA

Read The OSHA
Newsletter

Subscribe to the OSHA
Newsletter

OSHA Publications

Office of Inspector
General

## ABOUT THIS SITE

Freedom of Information Act - DOL

Privacy & Security Statement

Disclaimers

Important Web Site Notices

Plug-ins Used by DOL

Accessibility Statement

OSHA Occupational Chemical Database  /  BUTYL ACRYLATE

# BUTYL ACRYLATE

| Chemical Identification | |
|---|---|
| CAS # | 141-32-2 |
| Formula | $C_7H_{12}O_2$ |
| Synonyms | butyl ester of acrylic acid; butyl 2-propenoate; n-butyl acrylate |

| Physical Properties | | | |
|---|---|---|---|
| Physical description | Clear, colorless liquid with a strong, fruity odor. | | |
| Boiling point | 293°F | Molecular weight | 128.2 |
| Freezing point/melting point | -83°F | Vapor pressure | 4 mmHg |
| Flash point | 103°F | Vapor density | 4.42 |
| Specific gravity | 0.89 | Ionization potential | |
| Lower explosive limit (LEL) | 1.5% | Upper explosive limit (UEL) | 9.9% |
| NFPA health rating | 3 | NFPA fire rating | 2 |
| NFPA reactivity rating | 2 | NFPA special instruction | |
| Vapor hazard ratio (VHR) | | | |
| Historical exceedance percentage | | | |
| Target organs | | | |

| Monitoring Methods Used by OSHA | | | |
|---|---|---|---|
| Analyte code (IMIS no.) | 0450 | | |
| Sampling group | | | |

## Monitoring Methods Used by OSHA

| Sampler/Sampling media | CSC tube (100/50 mg) coated with 10% t-butylcatechol [SKC 226-73] | | |
|---|---|---|---|
| Sampling time* | 240 min | | |
| Sampling volume (TWA)* | 12 L | | |
| Sampling flow rate (TWA)* | 0.05 L/min | | |
| Sampling volume (STEL/Peak/C)* | | | |
| Sampling flow rate (STEL/Peak/C)* | | | |
| Analytical method instruments | GC-FID | | |
| Method reference | OSHA PV2011 (fully validated) | | |
| Notes | | | |
| Special requirements | | | |

* All sampling instructions above are recommended guidelines for OSHA Compliance Safety and Health Officers (CSHOs), please see the corresponding OSHA method reference for complete details.

## Wipe Method

| Sampler/Sampling media | |
|---|---|
| | |

## Bulk Method

| | |
|---|---|
| | |

## On-Site Screening Techniques

| Device | Detector tube | Organic vapor analyzer | |
|---|---|---|---|
| Model/Type | Matheson-Kitagawa 8014-211U | | |

**On-Site Screening Techniques**

| | |
|---|---|
| **Sampling information (see manufacturer instructions)** | follow mfr instructions, 5-60 ppm range | | |

**Exposure Limits**

| **OSHA PEL** 8-hour TWA (ST) STEL (C) Ceiling Peak | | **NIOSH REL** Up to 10-hour TWA (ST) STEL (C) Ceiling | | **ACGIH TLV©** 8-hour TWA (ST) STEL (C) Ceiling | | **CAL/OSHA PEL** 8-hour TWA (ST) STEL (C) Ceiling Peak | |
|---|---|---|---|---|---|---|---|
| **PEL-TWA** | | **REL-TWA** | 10 ppm (55 mg/m³) | **TLV-TWA** | 2 ppm [1996] | **PEL-TWA** | |
| **PEL-STEL** | | **REL-STEL** | | **TLV-STEL** | | **PEL-STEL** | 2 ppm (11 mg/m³) |
| **PEL-C** | | **REL-C** | | **TLV-C** | | **PEL-C** | |
| **Skin notation** | NA | **Skin notation** | N | **Skin notation** | N | **Skin notation** | N |
| **Notes:** Not established | | **Notes:** | | **Notes:** dermal sensitizer (DSEN) | | **Notes:** | |
| **Health factors:** See NIH-NLM PubChem. | | **IDLH** | | | | | |
| **Carcinogenic classifications:** IARC-3, TLV-A4 | | **Notes:** | | | | | |

**AIHA emergency response planning guidelines - ERPG-1/ERPG-2/ERPG-3:**
0.05 ppm/25 ppm/250 ppm

**Additional Resources and Literature References**

**Additional Resources and Literature References**

**NOAA: CAMEO Chemicals -** Butyl acrylate

**NIOSH: Pocket Guide to Chemical Hazards -** Butyl acrylate

**Literature References**

- ACGIH: *Documentation of the Threshold Limit Values (TLVs) and Biological Exposure Indices (BEIs)* - n-Butyl acrylate. See annual publication for most recent information.

Last Updated Date : 12/18/2020

# UNITED STATES
# DEPARTMENT OF LABOR

Occupational Safety & Health Administration
200 Constitution Ave NW
Washington, DC 20210
☏ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

## FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery
Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

## OCCUPATIONAL
## SAFETY & HEALTH

Frequently Asked
Questions
A - Z Index
Freedom of Information
Act - OSHA

Read The OSHA
Newsletter

Subscribe to the OSHA
Newsletter

OSHA Publications

Office of Inspector
General

## ABOUT THIS SITE

Freedom of Information Act - DOL

Privacy & Security Statement

Disclaimers

Important Web Site Notices

Plug-ins Used by DOL

Accessibility Statement

OSHA Occupational Chemical Database  /  2-ETHYLHEXYL ACRYLATE

# 2-ETHYLHEXYL ACRYLATE

| Chemical Identification | |
|---|---|
| CAS # | 103-11-7 |
| Formula | $C_{11}H_{20}O_2$ |
| Synonyms | 2-propenoic acid, 2-ethylhexyl ester; 1-hexanol, 2-ethylacrylate; 2-ethylhexylpropenoate; acrylic acid, 2-ethylhexyl ester; octyl acrylate |

| Physical Properties | | | |
|---|---|---|---|
| Physical description | Clear liquid with a pleasant odor. | | |
| Boiling point | 417-424°F | Molecular weight | 184.3 |
| Freezing point/melting point | -130°F | Vapor pressure | 0.01 mmHg |
| Flash point | 180°F | Vapor density | 6.35 |
| Specific gravity | 0.885 | Ionization potential | |
| Lower explosive limit (LEL) | 0.8% | Upper explosive limit (UEL) | 6.4% |
| NFPA health rating | 1 | NFPA fire rating | 2 |
| NFPA reactivity rating | 1 | NFPA special instruction | |
| Vapor hazard ratio (VHR) | | | |
| Historical exceedance percentage | | | |
| Target organs | | | |

| Monitoring Methods Used by OSHA | | | |
|---|---|---|---|
| Analyte code (IMIS no.) | 1055 | | |

**Monitoring Methods Used by OSHA**

| Sampling group | | | |
|---|---|---|---|
| Sampler/Sampling media | CSC tube (100/50 mg) coated with 10% t-butylcatechol [SKC 226-73] | | |
| Sampling time[*] | 120 min | | |
| Sampling volume (TWA)[*] | 12 L | | |
| Sampling flow rate (TWA)[*] | 0.1 L/min | | |
| Sampling volume (STEL/Peak/C)[*] | | | |
| Sampling flow rate (STEL/Peak/C)[*] | | | |
| Analytical method instruments | GC-FID | | |
| Method reference | OSHA PV2026 (partially validated) | | |
| Notes | | | |
| Special requirements | | | |

[*] All sampling instructions above are recommended guidelines for OSHA Compliance Safety and Health Officers (CSHOs), please see the corresponding OSHA method reference for complete details.

**Wipe Method**

| Sampler/Sampling media | |
|---|---|
| | |

**Bulk Method**

| | |
|---|---|

**On-Site Screening Techniques**

| Device | | | |
|---|---|---|---|

| On-Site Screening Techniques | | | |
|---|---|---|---|
| Model/Type | | | |
| Sampling information (see manufacturer instructions) | | | |

| Exposure Limits | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OSHA PEL** 8-hour TWA (ST) STEL (C) Ceiling Peak | | **NIOSH REL** Up to 10-hour TWA (ST) STEL (C) Ceiling | | **ACGIH TLV©** 8-hour TWA (ST) STEL (C) Ceiling | | **CAL/OSHA PEL** 8-hour TWA (ST) STEL (C) Ceiling Peak | |
| PEL-TWA | | REL-TWA | | TLV-TWA | | PEL-TWA | |
| PEL-STEL | | REL-STEL | | TLV-STEL | | PEL-STEL | |
| PEL-C | | REL-C | | TLV-C | | PEL-C | |
| Skin notation | NA | Skin notation | NA | Skin notation | NA | Skin notation | NA |
| Notes: Not established | | Notes: Not established | | Notes: Not established | | Notes: Not established | |
| Health factors: See NIH-NLM PubChem. | | IDLH | | | | | |
| Carcinogenic classifications: | | Notes: | | | | | |

| AIHA emergency response planning guidelines - ERPG-1/ERPG-2/ERPG-3: |
|---|
| |

| Additional Resources and Literature References |
|---|

**Additional Resources and Literature References**

**NOAA: CAMEO Chemicals -** 2-Ethylhexyl acrylate

**NIOSH: Pocket Guide to Chemical Hazards -** 2-Ethylhexyl acrylate

**Literature References**

Last Updated Date : 12/15/2020

# UNITED STATES
# DEPARTMENT OF LABOR

Occupational Safety & Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 800-321-6742 (OSHA)
TTY
www.OSHA.gov

## FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery
Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

## OCCUPATIONAL
## SAFETY & HEALTH

Frequently Asked
Questions
A - Z Index
Freedom of Information
Act - OSHA
Read The OSHA
Newsletter

Subscribe to the OSHA
Newsletter

OSHA Publications

Office of Inspector
General

## ABOUT THIS SITE

Freedom of Information Act - DOL

Privacy & Security Statement

Disclaimers

Important Web Site Notices

Plug-ins Used by DOL

Accessibility Statement

**USDA Natural Resources Conservation Service**

200 North High Street, Room 522
Columbus, Ohio 43215
Voice: 614-255-2488 • Cell: (b)(6)
Fax: 855-867-9515
Email: blake.arthur@usda.gov
www.oh.nrcs.usda.gov

USDA
United States
Department of
Agriculture



# Emergency Animal Mortality Management

Funding available to help with safe disposal of carcasses

## Assistance Available

USDA's Natural Resources Conservation Service (NRCS) is offering financial and technical assistance to livestock and poultry producers for animal mortality disposal. Learn more about assistance for the Emergency Animal Mortality Management practice at farmers.gov/coronavirus.

## How to Apply

Producers facing livestock and poultry depopulation are encouraged to file an Environmental Quality Incentives Program (EQIP) application (Form NRCS-CPA-1200) with their local NRCS field office. Offices are now accepting applications.The Emergency Animal Mortality Management practice includes options that NRCS is offering for the proper disposal of animal carcasses:

| Option | Payment Unit | Payment Rate | |
|---|---|---|---|
| | | Traditional | HU |
| Burial | AU | $77.82 | $93.38 |
| Disposal at Landfill or Render | LB | $0.05 | $0.05 |
| Forced Air Incineration | AU | $236.12 | $238.34 |
| In-House Composting | AU | $79.54 | $95.44 |
| Outside Windrow Composting | AU | $610.76 | $732.92 |

\* Costs of materials, equipment, and mobilization are highly variable. Actual costs may be significantly different from payment rates.

\* Conversion Factor: 1,000 lbs. = Animal Unit (AU)

The producer is responsible for the proper disposal of animal mortality by following requirements specific for each option. All Federal, State and Local laws must be followed, and it is the responsibility of the producer to secure any necessary permits

## Eligibility

Agricultural producers and owners of nonindustrial private forestland and Tribes are eligible to apply for EQIP. Eligible land includes cropland, rangeland, pastureland, nonindustrial private forestland and other farm or ranch lands.

To receive assistance, a producer must file both an application and approved early start waiver request with the local NRCS field office prior to disposal of animal carcasses.

**Other program information:**

• Producers must have farm records established with the Farm Service Agency (FSA), meet all eligibility requirements, and have an application filed at the localNRCS.

• Prior to payment, a livestock or poultry mortality certification is required by a veterinarian or animal health specialist.

• There are payment limitations.Contact your local NRCS field office for more details.

*Historically Underserved (HU) producers, including socially disadvantaged, beginning and limited resource farmers, Indian tribes, beginning farmers and ranchers, and qualifying veteran farmers and ranchers are eligible for an increased payment rate.*

## Environmental Quality Incentives Program (EQIP)

Through EQIP, NRCS provides financial and technical assistance to farmers and ranchers to plan and implement conservation practices that improve soil, water, plant, animal, air and energy usage on agricultural land and non-industrial private forestland. Financial assistance is limited and not all applications will be funded.

While not designed to be an emergency response program, EQIP can play a vital role in assisting producers recovering from disasters.

For more information about carcass disposal, refer to Emergency Animal Mortality Management (NRCS Practice Code 368).

Ohio

**Natural Resources Conservation Service**

nrcs.usda.gov/

USDA is an equal opportunity provider, employer, and lender.    [OH-2023

| | |
|---|---|
| **From:** | Arthur, Blake - FPAC-NRCS, OH |
| **To:** | Charney, Alyssa - FPAC-NRCS, DC |
| **Cc:** | Wilson, John - FPAC-NRCS, OH; Atkins, Alan - FPAC-NRCS, OH; DeCubellis, Brooke - FPAC-NRCS, OH |
| **Subject:** | RE: East Palestine |
| **Date:** | Tuesday, February 28, 2023 7:10:00 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | Soil Safety Overview.pdf |
| | Emergency Animal Mortality Management.pdf |

Alyssa,

I am following up regarding your message to John on East Palestine. Below are some notes from Ohio:

- **Statehouse Roundtable** – We attended a roundtable discussion at the Ohio Statehouse on February 15. The focus was primarily on what the Representatives and Senators should be concerned about, and how they might help from their end, mostly regarding (b)(5); (b)(5) - (b)(5); (b)(5) - Deliberative Process Privilege From the NRCS side, we reiterated our focus on a locally-led process, and were providing support to the field where needed. We also briefly discussed (b)(5); (b)(5) - Deliberative Process Privilege (b)(5); (b)(5) - Deliberative Process Privilege

- **Field Messaging** – We provided the attached two handouts to our field staff in case they received questions. These discuss two practices where we could potentially support local producers, *CPS 368 - Emergency Animal Mortality* and *CEMA 207 – Site Assessment and Soil Testing for Contaminants*. At this time, we have not had any local producers seeking assistance. (b)(5); (b)(5) - Deliberative Process Privilege (b)(5); (b)(5) - Deliberative Process Privilege

We are happy to discuss further if you have questions. This is a complex and evolving situation, so things on the ground could change for us.

**Blake Arthur, P.E.**
State Conservation Engineer
**USDA Natural Resources Conservation Service**

200 North High Street, Room 522
Columbus, Ohio 43215
Voice: 614-255-2488 • Cell: (b)(6)
Fax: 855-867-9515
Email: blake.arthur@usda.gov
www.oh.nrcs.usda.gov

**From:** Wilson, John - FPAC-NRCS, OH <john.wilson@usda.gov>
**Sent:** Monday, February 27, 2023 4:46 PM
**To:** Charney, Alyssa - FPAC-NRCS, Washington, DC in Teams <noreply@gcc-email.teams.microsoft.com>; Arthur, Blake - FPAC-NRCS, OH <Blake.Arthur@usda.gov>; Atkins, Alan



# Soil Safety Overview

This is not meant to be a complete list of recommended actions. Detailed information is available online and should be referred to prior to taking action to ensure the safe cultivation of crops.

## How People Can Be Exposed to Soil Contaminants

Growers can be exposed to contaminants by inadvertently ingesting soil, inhaling contaminated dust, or via direct skin contact. Soil ingestion is of particular concern among children, who may ingest larger quantities of soil than adults (e.g., by putting their hands in their mouths), absorb higher levels of certain contaminants into their bloodstream, and are generally more sensitive to their effects.

People who eat produce grown in contaminated soil may also ingest soil particles on the surfaces of plants. Peeling root vegetables, removing outer leaves, and thoroughly washing produce can remove surface contaminants.

In cases where crops are grown in highly contaminated soils, certain contaminants may accumulate inside the tissues of certain plants. Because contaminants tend to accumulate in root tissues, this is generally more of a concern for root vegetables.

## Testing & Evaluating Soil for Contaminants

A number of institutions offer affordable soil testing. This process usually involves requesting a test kit, collecting soil samples, and mailing the samples in for analysis. Because levels of contaminants can vary spatially across a farm or garden, it is important to collect samples from multiple locations within a site.

The results of a soil test may reveal levels of contaminants that are too high to grow food safely. Questions of exactly what levels are safe, however, are difficult to answer. Farmers and gardeners often refer to screening levels set by the U.S. Environmental Protection Agency.

It is important to note that soil testing labs often only test for lead and other more common contaminants. They do not test for every possible contaminant. For this reason, one cannot assume a negative test result is a "clean bill of health" without considering the presence of other contaminants.

### Soil Sampling and Testing

a) Develop a sampling strategy, describing the sampling methodology, with a map to evaluate the potential presence of contamination from hazardous substances and petroleum on the property and determines the sources and exposures.

b) Collect soil samples following appropriate safety protocols and industry standards.

c) Prepare soils for transport to accredited laboratory for chemical analysis of heavy metals or other contaminants.

d) Receive soil test results of full metal panel, polycyclic aromatic hydrocarbons, and additional constituent analysis.

## Additional Actions

Per CEMA 207, the Natural Resources Conservation Service (NRCS) strongly encourages participants to hire qualified individuals to conduct an environmental assessment of the site and soil suitability for use in the cultivation of crops in urban and suburban areas.

Consult NRCS CEMA 207 and U.S. Brownfields and Urban Agriculture guidelines, among others for more information.



Ohio

**Natural Resources Conservation Service**

nrcs.usda.gov/



USDA is an equal opportunity provider, employer, and lender.    [OH-2023



# Emergency Animal Mortality Management

Funding available to help with safe disposal of carcasses

## Assistance Available

USDA's Natural Resources Conservation Service (NRCS) is offering financial and technical assistance to livestock and poultry producers for animal mortality disposal. Learn more about assistance for the Emergency Animal Mortality Management practice at farmers.gov/coronavirus.

## How to Apply

Producers facing livestock and poultry depopulation are encouraged to file an Environmental Quality Incentives Program (EQIP) application (Form NRCS-CPA-1200) with their local NRCS field office. Offices are now accepting applications. The Emergency Animal Mortality Management practice includes options that NRCS is offering for the proper disposal of animal carcasses:

| Option | Payment Unit | Payment Rate | |
|---|---|---|---|
| | | Traditional | HU |
| Burial | AU | $77.82 | $93.38 |
| Disposal at Landfill or Render | LB | $0.05 | $0.05 |
| Forced Air Incineration | AU | $236.12 | $238.34 |
| In-House Composting | AU | $79.54 | $95.44 |
| Outside Windrow Composting | AU | $610.76 | $732.92 |

\* Costs of materials, equipment, and mobilization are highly variable. Actual costs may be significantly different from payment rates.

\* Conversion Factor: 1,000 lbs. = Animal Unit (AU)



The producer is responsible for the proper disposal of animal mortality by following requirements specific for each option. All Federal, State and Local laws must be followed, and it is the responsibility of the producer to secure any necessary permits

## Eligibility

Agricultural producers and owners of nonindustrial private forestland and Tribes are eligible to apply for EQIP. Eligible land includes cropland, rangeland, pastureland, nonindustrial private forestland and other farm or ranch lands.

To receive assistance, a producer must file both an application and approved early start waiver request with the local NRCS field office prior to disposal of animal carcasses.

**Other program information:**

• Producers must have farm records established with the Farm Service Agency (FSA), meet all eligibility requirements, and have an application filed at the local NRCS.

• Prior to payment, a livestock or poultry mortality certification is required by a veterinarian or animal health specialist.

• There are payment limitations. Contact your local NRCS field office for more details.

*Historically Underserved (HU) producers, including socially disadvantaged, beginning and limited resource farmers, Indian tribes, beginning farmers and ranchers, and qualifying veteran farmers and ranchers are eligible for an increased payment rate.*

## Environmental Quality Incentives Program (EQIP)

Through EQIP, NRCS provides financial and technical assistance to farmers and ranchers to plan and implement conservation practices that improve soil, water, plant, animal, air and energy usage on agricultural land and non-industrial private forestland. Financial assistance is limited and not all applications will be funded.

While not designed to be an emergency response program, EQIP can play a vital role in assisting producers recovering from disasters.

For more information about carcass disposal, refer to Emergency Animal Mortality Management (NRCS Practice Code 368).

Ohio

**Natural Resources Conservation Service**

nrcs.usda.gov/

USDA is an equal opportunity provider, employer, and lender.    [OH-2023

- FPAC-NRCS, OH <alan.atkins@usda.gov>
**Subject:** Re: Alyssa sent a message

Hello Alyssa, Blake Arthur SCE and Alan Atkins ASTC FO, would be the contacts with Blake the primary, he also attended a session. I will send more information when I can get to my computer.

Get Outlook for iOS

**From:** Charney, Alyssa - FPAC-NRCS, Washington, DC in Teams <noreply@gcc-email.teams.microsoft.com>
**Sent:** Monday, February 27, 2023 2:25:13 PM
**To:** Wilson, John - FPAC-NRCS, OH <john.wilson@usda.gov>
**Subject:** Alyssa sent a message



# Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

**Alyssa sent a message in chat**

Hi John, just making sure you saw my request re East Palestine contact and any additional info from NRCS engagement....

**Reply in Teams**

Install Microsoft Teams now

iOS     Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear Icon) > Notifications.

© 2019 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy



**Exhibit 14**

1612 K Street NW Suite 808
Washington, DC, 20006

whistleblower.org

**ADMINISTRATIVE APPEAL**

Freedom of Information Act – 5 U.S.C. § 552
Re: FOIA Request No. 2025-FPAC-BC-07351-F
Appeal No. 2025-FPAC-NRCS-00088-A

## I. Introduction

This appeal challenges the Natural Resources Conservation Service's (NRCS) final administrative determination partially denying disclosure of responsive records related to the February 3, 2023 Norfolk Southern train derailment in East Palestine, Ohio.

Although NRCS released additional material on appeal, it continues to withhold information pursuant to 5 U.S.C. § 552(b)(5) (deliberative process privilege), § 552(b)(6) (personal privacy), and § 552(b)(9) (geological and geophysical information concerning wells).

For the reasons below, the continued withholdings are legally insufficient under FOIA's presumption of openness, the 2016 FOIA Improvement Act's "foreseeable harm" standard, and controlling Supreme Court and D.C. Circuit precedent.

## II. Legal Standard

FOIA establishes a strong presumption in favor of disclosure. Agencies bear the burden of proving that withheld material falls squarely within an exemption. 5 U.S.C. § 552(a)(4)(B).

Under the FOIA Improvement Act of 2016, an agency may withhold information only if:

1.  The information falls within a statutory exemption; and

2.  The agency reasonably foresees that disclosure would harm an interest protected by that exemption.

5 U.S.C. § 552(a)(8)(A)(i).

Additionally, agencies must release all reasonably segregable non-exempt portions. 5 U.S.C. § 552(b).

## III. Exemption 5 – Deliberative Process Privilege

NRCS continues to withhold portions of the Desk Geologic Report and related communications under Exemption 5.

### A. Failure to Demonstrate Predecisional and Deliberative Status

The deliberative process privilege applies only to material that is:



1612 K Street NW Suite 808
Washington, DC, 20006

whistleblower.org

- Predecisional, and

- Deliberative

NLRB v. Sears, Roebuck & Co., 421 U.S. 132 (1975).

The withheld material in the Desk Report includes:

- Geological descriptions

- Chemical properties tables

- Watershed and aquifer mapping references

- Risk characterization statements

- Technical practice recommendations

These are primarily scientific findings, data summaries, and technical analysis — not policy deliberations.

Under EPA v. Mink, 410 U.S. 73 (1973), and Coastal States Gas Corp. v. DOE, 617 F.2d 854 (D.C. Cir. 1980):

Purely factual material is not protected unless it is so intertwined with deliberative content that it cannot be segregated.

NRCS acknowledges it released portions containing chemical properties and technical content — confirming that factual segregation is possible.

The continued redactions therefore indicate either:

- Improper withholding of factual material; or

- Failure to adequately segregate.

**B. Post-Decisional or Adopted Analysis Is Not Protected**

If the Desk Geologic Report reflects the agency's final scientific assessment provided to external stakeholders (including intergovernmental partners), it is no longer predecisional.

Under Sears, adopted reasoning or final analysis loses deliberative protection.

The report:

- Was finalized March 21, 2023

- Digitally signed

GOVERNMENT
ACCOUNTABILITY
PROJECT

1612 K Street NW Suite 808
Washington, DC, 20006

whistleblower.org

- Circulated externally

These characteristics strongly suggest final agency analysis, not draft internal debate.

## C. Foreseeable Harm Not Established

NRCS asserts that disclosure could chill candid discussion.

The FOIA Improvement Act requires more than boilerplate assertions.

Courts have repeatedly rejected speculative "chilling effect" claims without concrete demonstration of foreseeable harm.

Given:

- The report concerns environmental contamination and public health risk,

- It analyzes objective scientific conditions,

- It involves a matter of extraordinary public concern,

NRCS has not demonstrated how release of scientific risk analysis would harm internal deliberation.

## IV. Exemption 6 – Personal Privacy

NRCS withheld personal email addresses and phone numbers under Exemption 6.

## A. Public Officials Acting in Official Capacity

Exemption 6 applies only where disclosure would constitute a clearly unwarranted invasion of personal privacy.

Department of State v. Washington Post Co., 456 U.S. 595 (1982).

The redactions involve:

- Government officials

- Agency representatives

- Interagency participants

Names and official contact information of public employees acting in their official capacity generally carry minimal privacy interest.

## B. Strong Public Interest

The public interest here is substantial:



1612 K Street NW Suite 808
Washington, DC, 20006

whistleblower.org

- Federal response to environmental disaster

- Coordination between NRCS, EPA, FSA, and state agencies

- Potential agricultural contamination

- Public health implications

Understanding who participated in decision-making sheds light on what the government is up to — the core FOIA purpose (DOJ v. Reporters Committee, 489 U.S. 749 (1989)).

If personal cell numbers were redacted, that may be appropriate. But official email addresses and names of public officials should be disclosed.

NRCS has not demonstrated that privacy interests outweigh the significant public interest.

## V. Exemption 9 – Geological and Geophysical Information Concerning Wells

NRCS newly invoked Exemption 9 to withhold:

- Maps

- Sedimentary data

- Water table information

### A. Scope of Exemption 9

Exemption 9 protects:

"Geological and geophysical information and data, including maps, concerning wells."

5 U.S.C. § 552(b)(9).

Historically, this exemption protects proprietary oil and gas well data, not generalized watershed or glacial mapping.

### B. The Withheld Materials Appear General and Publicly Available

The Desk Geologic Report includes:

- Glacial maps

- Bedrock maps

- Watershed maps

- Potentiometric mapping references

GOVERNMENT
ACCOUNTABILITY
PROJECT

1612 K Street NW Suite 808
Washington, DC, 20006

whistleblower.org

- General aquifer vulnerability discussion

These appear to derive from:

- Ohio Department of Natural Resources (ODNR)

- USGS data

- Publicly available geological surveys

NRCS has not shown that:

- The information concerns specific private wells;

- The information is proprietary;

- Disclosure would harm competitive interests;

- The data was supplied confidentially by private well owners.

Courts interpret Exemption 9 narrowly.

General hydrogeological context and watershed mapping do not automatically qualify as protected information concerning wells.

## C. Public Interest in Environmental Transparency

The derailment involved release of vinyl chloride and other hazardous chemicals.

Groundwater migration and aquifer vulnerability are central public concerns.

Withholding geological risk information under Exemption 9 conflicts with FOIA's transparency mandate and undermines environmental accountability.

## VI. Segregability Requirement

FOIA mandates release of all reasonably segregable non-exempt portions.

5 U.S.C. § 552(b).

NRCS must provide:

- A detailed Vaughn index;

- A segregability certification;

- Line-by-line justification.



1612 K Street NW Suite 808
Washington, DC, 20006

whistleblower.org

The current determination letter provides categorical descriptions but does not demonstrate sufficient segregability analysis.

## VII. Request for Relief

For the foregoing reasons, I respectfully request:

1. Reversal of the continued Exemption 5 withholdings where factual scientific material is segregable.

2. Disclosure of names and official contact information of public officials under Exemption 6.

3. Withdrawal or narrowing of Exemption 9 claims to exclude publicly available geological mapping and non-proprietary data.

4. A detailed Vaughn index describing each withholding.

5. Release of all reasonably segregable material.

## VIII. Alternative Relief

If the agency maintains its position, I request:

- Mediation through OGIS;

- A formal certification of segregability;

- Preservation of all records pending judicial review.

## Conclusion

This matter concerns federal scientific analysis of an environmental disaster affecting groundwater, agriculture, and public health. The strong public interest weighs heavily in favor of disclosure.

FOIA's exemptions are to be narrowly construed. The continued redactions exceed what the statute permits.

I respectfully request reconsideration and full release consistent with FOIA's mandate of transparency.

Respectfully,

Lesley Pacey
Senior Environmental Officer
Government Accountability Project



1612 K Street NW Suite 808
Washington, DC, 20006

whistleblower.org

**Exhibit 15**

**From:** Becker, Sandra - FPAC-FBC, CA <sandra.becker@usda.gov>
**Sent:** Tuesday, March 3, 2026 5:26 PM
**To:** Lesley Pacey <LesleyP@whistleblower.org>
**Cc:** Tom Devine <TomD@whistleblower.org>; Gonzalez, Jose - FPAC-FBC, DC <jose.gonzalez@usda.gov>
**Subject:** RE: FOIAXpress Appeal Number 2025-FPAC-FSA-00089-A

Good afternoon,

Thank you for your email.  Unfortunately, as the determination letters I emailed you on January 27, 2026, (FSA) and January 30, 2026, (NRCS) state, those decisions are the final administrative determinations on your FOIA appeals for 2025-FPAC-NRCS-88-A and 2025-FPAC-FSA-00089-A.

You have the right to seek judicial review of this decision in an appropriate U.S. District Court pursuant to 5 U.S.C. § 552(a)(4)(B).

Prior to seeking judicial review, and as a non-exclusive alternative to litigation, you may contact the Office of Government Information Services (OGIS).  The Open Government Act of 2007 amended the FOIA and created OGIS within the National Archives and Records Administration.  OGIS provides mediation of FOIA disputes between appellants and Federal agencies.   Participation in mediation does not affect your right to judicial review.  You can find contact information for OGIS at http://www.archives.gov/ogis.

Alternatively, you may also elect to submit a separate FOIA request with different parameters, which may or may not yield different results.  Because our team (ALD) only processes FOIA requests on appeal, you would submit any new original requests to the FPAC FOIA office at SM.FP.FOIA@usda.gov, should you choose to do so.

Sincerely,

**Sandra Becker**
Program Specialist
Appeals and Litigation Division
Farm Production And Conservation Business Center
United States Department of Agriculture
Email: sandra.becker@usda.gov

---

**From:** Lesley Pacey <LesleyP@whistleblower.org>
**Sent:** Tuesday, February 24, 2026 3:31 PM
**To:** Becker, Sandra - FPAC-FBC, CA <sandra.becker@usda.gov>
**Cc:** Tom Devine <TomD@whistleblower.org>
**Subject:** Re: FOIAXpress Appeal Number 2025-FPAC-FSA-00089-A

Dear Ms. Becker.

Thank you for providing this update to FOIA Request 2025-FPAC-BC-07351-F. In response, we have filed another administrative appeal to this newest production. Please see the attached document and let us know if you have any questions. Thank you.

[Quoted text hidden]

---

 **Administrative Appeal USDA FOIA 2-24-26.docx**
77K